1  Larry C. Baron, Esq. – State Bar No. 153386
   larry@landeggeresq.com
2  Michael S. Lavenant, Esq. – State Bar No. 198765
   michael@landeggeresq.com
3  Jennifer Raphael Komsky, Esq. – State Bar No. 190228
   jennifer@landeggeresq.com
4  LANDEGGER, BARON, LAVENANT & INGBER
   A Law Corporation
5  15760 Ventura Boulevard
   Suite 1200
6  Encino, California 91436
   Telephone: (818) 986-7561
7  Facsimile:  (818) 986-5147

8  Attorneys for DEFENDANT
   THE ADULT INDUSTRY MEDICAL HEALTH
9  CARE FOUNDATION

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  DIANA LEE GRANDMASON and BESS )   CASE NO.: CV10-6629 GW (PLAx)
    GARREN,                       )
14                                )
            Plaintiffs,           )   **DECLARATION OF JENNIFER**
15                                )   **RAPHAEL KOMSKY IN SUPPORT**
         v.                       )   **OF DEFENDANT THE ADULT**
16                                )   **INDUSTRY MEDICAL HEALTH**
    THE ADULT INDUSTRY MEDICAL    )   **CARE FOUNDATION'S**
17  HEALTH CARE FOUNDATION,       )   **OPPOSITION TO PLAINTIFFS'**
                                  )   **MOTION FOR CLASSS**
18          Defendant.            )   **CERTIFICATION**
                                  )
19                                )
                                  )   DATE:  January 27, 2011
20                                )   TIME:   8:30 a.m.
                                  )   CTRM: 10
21                                )

22

23

24

25

26

27

28                                   1
    ─────────────────────────────────────────────────
    **DECLARATION OF JENNIFER RAPHAEL KOMSKY RE CLASS**
    **CERTIFICATION**
    Printed on recycled paper

I, JENNIFER RAPHAEL KOMSKY, declare:

1. I am an attorney at law duly admitted to practice law before all of the courts of the State of California and am an associate in the law firm of Landegger, Baron, Lavenant & Ingber, counsel of record for Defendant, Defendant The Adult Industry Medical Health Care Foundation ("AIM").

2. On January 5, 2011, I conducted an internet search of the Plaintiff, Diana Lee Grandmason and located her "Myspace" page. Ms. Grandmason's Myspage page is listed under the name she used while performing in the adult entertainment industry, "Desi Foxx." Attached hereto as Exhibit 1 is a true, correct and complete copy of the printout of Ms. Grandmason/Desi Foxx's Myspace page wherein she describes herself as a "Former Pornstar- Current Anti Porn Activist."

3. On January 5, 2011, I printed the following press releases directly from the AIDS Healthcare Foundation website, www.aidshealth.org:

- "Protest:  AHF Takes Aim at Porn Clinic—'A Fig Leaf for the Porn Industry'", dated March 3, 2010;
- "Former Adult Film Stars File California Class Action Lawsuit Against AIM Porn Clinic Over Health Disclosures", dated June 28, 2010;
- "Press Telecon TODAY:  AHF Responds to Porn Industry Attacks", dated October 14, 2010;
- "Press Teleconf TODAY:  AHF Takes Aim at Porn Clinic, LA County After Performer Tests HIV+", dated October 14, 2010.

True and correct copies of these press releases, which I printed from the AHF website, are attached hereto collectively as Exhibit 2.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of a story featured on National Public Radio ("NPR") concerning this litigation entitled, "Mom-Daughter Porn Actresses Want Medical Privacy". I obtained this transcript from the NPR website, www.npr.org.

2

**DECLARATION OF JENNIFER RAPHAEL KOMSKY RE CLASS
CERTIFICATION**

5.  Attached hereto collectively as Exhibit 4 is a true and correct copy of correspondence from the Department of Health and Human Services concerning its investigation into AIM.

The above facts are within my own personal, firsthand knowledge and if called as a witness I could and would testify competently thereto.

Executed on January 6, 2011, at Encino, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


JENNIFER RAPHAEL KOMSKY

**DECLARATION OF JENNIFER RAPHAEL KOMSKY RE CLASS CERTIFICATION**

Printed on recycled paper

# EXHIBIT 1

save up to 40% **AUSTRALIA + NEW ZEALAND** from **$469*** each way based on round trip travel from Los Angeles **Learn More** *Restrictions, taxes & fees apply* **QANTAS**

**Desi Foxx**

Desi Foxx



Former Pornstar-
Current Anti Porn
Activist

Female
50 years old

United States

View My: **Pics** | **Playlists**

| Contacting Desi Foxx | |
|---|---|
| ✉ Send Message | ↪ Forward to Friend |
| 👥 Add to Friends | ⭐ Add to Favorites |
| IM / Call | 🚫 Block User |
| 👥 Add to Group | Rank User |

Myspace URL:
www.myspace.com/desifoxx



▶ ⏭
**Return The Favor (Main)**
Keri Hilson
🔉 ◄ 00:00 / 05:28

My Profile Playlist     (9)     Playlists     (2)

Return The Favor ... 5:28
Keri Hilson     ⊞ ↪ ⬇ Buy

Poker Face 3:57
Lady Gaga     ⬇ Buy

Circus (Main Version) 3:12
Britney Spears     ⬇ Buy

Business (Explicit) 4:11
Eminem     ⬇ Buy

Clocks 5:10
Coldplay     ⬇ Buy

| Desi Foxx's Interests | |
|---|---|
| General | Writing and working on my website at DesiDivine.com!! Bringing awareness to the abuses of the porn industry. Dancing, sunbathing, snorkeling, rides in the mountains, my dog Ze |
| Music | Eminem, Akon, Danity Kane, |

Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. Click here to get the latest flash player.

**Desi Foxx Don't forget to go to Change.org and sign the petition for an investigation into sex trafficking inside the porn industry.**
3:47 PM Jun 4, 2010

view more

**Desi Foxx's Latest Blog Entry** [Subscribe to this Blog]

[View All Blog Entries]

**Desi Foxx's Blurbs**

**About me:**
HI, I'm Diana, Blogger and Writer. And yes, some of you know me as former Pornstar, Desi Foxx. I'm a half a century old now. I've seen and heard just about everything there is. Good or bad, I've experienced a alot of it myself. Now, I'm sharing with you what I learned from it all. I hope there's something you can learn while here that can make a positive change in your life or someone you know!! Over the years, I've learned alot from my life's adventures. I believe you should grow and mature from the experiences you have. We all have choices in life that we make. Good or bad, they are still only ours to take charge of and deal with. It's what you do with what you learn from your decisions that creates the person you will become during your lifetime. What we choose so often dictates our true fate. It's important to pay attention to what's going on around us all. There's a lot going on that we should all know about. Take a minute or an hour and check out what I'm saying. You may find that you learn something you didn't know or think about before. Once you see the pattern of what's going on in our country, you'll find that you can't unsee it. Here, you'll learn another side to the story because we all need to pay better attention to what's happening right here in America. Life ain't what you think that it is and it ain't been for quite some time now!! Through Knowledge comes Power. With the right Power, we can ALL Succeed. You need to know what's happening out there so you can all make educated decisions. Email me to talk about important issues going on. Find links to groups and organizations that take the time to stand up for our rights and freedoms. Read the TRUTH about others who are working to destroy our world. Find valuable information so you can be informed. Take 5 minutes to email a politician to have a TRUE voice in our country. It's time we all started working TOGETHER for a REAL and BETTER AMERICA . IF NO ONE SPEAKS OUT, WE ALL HAVE TO LIVE WITH THE CONSEQUENCES!! These are the Desires of My Soul you'll find at DesiDivine.com. Thank you for taking the time to learn more about our world :)



Author: Woods at Mississippi sex rehab clinic
http://sports.espn.go.com/golf/news/story?id=48394...

Powered by ShareThis

**Who I'd like to meet:**

Desi Foxx (Desi Foxx) on Myspace                                    Page 2 of 8
Case 2:10-cv-06629-GW -PLA   Document 8-1   Filed 01/06/11   Page 6 of 31   Page ID
#:120

| | |
|---|---|
| Movies | Nelly Furtado, Natashia Bedington. Hip Hop's the best and Classic Rock is my era. |
| | Comedies, historical, suspense thrillers |
| Television | Monday night line up of The Big Bang Theory, How I met your mother, Old Christine and the best - Two and a half Men |
| Books | Dan Brown, James Patterson, Lawrence Sanders |
| Heroes | Cher, Angelina Jolie, Demi Moore, My Mom |

### Desi Foxx's Details

| | |
|---|---|
| Status: | Single |
| Here for: | Networking, Friends |
| Body type: | 5' 6" / Slim / Slender |
| Ethnicity: | White / Caucasian |
| Religion: | Christian - other |
| Zodiac Sign: | Pisces |
| Smoke / Drink: | Yes / Yes |
| Children: | Proud parent |
| Education: | Some college |
| Occupation: | Worker Bee |

### Desi Foxx's Networking

Publishing - Writer - Journalist

Television - Journalism - Reporter

Marketing - Advertising/PR - Public Relations

### Desi Foxx's Companies

FoXX Media Group
US
Independant Journalist
Self Employed

Anyone who is interested in joining the fight against the porn industry. Men and women who are working toward a better America!!

### Bumper Stickers



















**Desi Foxx's Friend Space (Top 3)**

**Desi Foxx has** 2554 **friends.**

Eminem          Linkin Park          Britney Spears

  

View Desi Foxx's Friends: **All | Online | New**

| Desi Foxx's Friends Comments |
| --- |

Displaying **25** of **900** comments  ( View All | Add Comment )

Add Comment

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Have a great weekend, Desi<br>Kip |

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Have a great week, Diana. Miss you<br>Kip |

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Have a wonderful weekend, Diana<br>Kip |

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Have a great week, Diana<br>Kip |

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Have a great weekend, Diana<br>Kip |

| Kip | **Jul 15 2010 12:59 AM** |
| --- | --- |
| | Happy 4th of July, Diana<br>Kip |

| Kip | **Jul 15 2010 12:59 AM**<br><br>Have a great week, Diana<br>Kip |
|---|---|
| **Dave Kapp** | **Jul 15 2010 12:59 AM**<br><br>wow I just recieved my free iphone, check it out http://tinyurl.com/2cnmo5s it was incredibly easy! #freeiPhone |
| Kip | **Jul 15 2010 12:58 AM**<br><br>Have a great weekend, Diana<br>Kip |
| **I.B (IceBox)™** | **Jul 15 2010 12:58 AM**<br><br>hey thanx 4 the add. I have 2 say 4rm yo movies r u a southern babe? anyways I like yo wrk hun.... |
| **Samurai ⊕ Spirits** | **Jun 18 2010 3:44 PM**<br><br>Thank you for adding me.My best regards in the future.Will you chat with me? |
| Kip | **Jun 18 2010 3:44 PM**<br><br>Have a great weekend, Desi<br>Kip |
| Kip | **Jun 18 2010 3:43 PM**<br><br>I'm real busy this week so not as many comments. Plus, I've had a killer headache this week.<br>Have a great week, Diana<br>Kip |
| **CADEL** | **Jun 18 2010 3:43 PM**<br><br>hey honey how are you? :) |



**CAPTAIN CANADA**

**Jun 18 2010 3:43 PM**

Jesse here just thanking you for accepting my add request I always thank people when they accept it is just a manner of being polite. Politeness and manners are very important to me.
Jesse

**Kip**

**Jun 12 2010 2:24 AM**

Have a great weekend, Desi
Kip

**Thank God Its Friday!**

**Have an awesome weekend**

Superhotfile.com

**Kip**

**Jun 12 2010 2:24 AM**

Have a great week
Kip

Case 2:10-cv-06629-GW -PLA   Document 8-1   Filed 01/06/11   Page 10 of 31   Page ID
#:124



**TIN PAN ALLEY**

**Jun 12 2010 2:24 AM**

Wow, big changes in your life!
Good for you.
Hope all is well...

**The Mo'Foes**

**Jun 4 2010 3:45 PM**

THE MO'FOES
THANKS FOR THE ADD!

**Lancelot**

**Jun 4 2010 3:45 PM**

spicecomments.com

**Click Here for Funny Comments**

Have A Wonderfull Weekend

spicecomments.com

**Click Here for Good Weekend Comments**



| Jaeger | **Jun 4 2010 5:09 AM** |
|---|---|
| | YOU ARE SO FOXY |

| Kip | **Jun 4 2010 5:06 AM** |
|---|---|
| | Happy Memorial Day, Desi<br>Have a great week, also<br>Kip |

| ジェームス | **Jun 4 2010 5:06 AM** |
|---|---|
| James | Thanks for being a friend, Desi; you rock!!! |

| Eddie London | **Jun 4 2010 5:06 AM** |
|---|---|
| | HELLO,BEAUTIFUL |



**Kip**

**May 31 2010 5:39 PM**

I hope you have a great week, Desi
Kip

**Glitter Graphics**

**Add Comment**

# EXHIBIT 2

Case 2:10-cv-06629-GW -PLA   Document 8-1   Filed 01/06/11   Page 14 of 31   Page ID #:128



In the News

## Protest: AHF Takes Aim at Porn Clinic—"A Fig Leaf for the Porn Industry"

**Protesters Wearing Nude Leotards and Fig Leaves will expose the Adult Industry Medical (AIM) HealthCare Foundation HIV Testing Clinic in Sherman Oaks as a Fig Leaf for Porn Industry**

*By: AIDS Healthcare Foundation*
*Los Angeles, CA - March 3, 2010*

Protesters Wearing Nude Leotards and Fig Leaves will expose the Adult Industry Medical (AIM) HealthCare Foundation HIV Testing Clinic in Sherman Oaks as a Fig Leaf for Porn Industry

Industry-funded Clinic Violates Federal Patient Confidentiality Laws Via Online Database of Patient Info for Porn Producers, Yet Clinic Refuses to Share Same Crucial Public Health Data with the Los Angeles County Department of Public Health and Cal OSHA



**WHAT**: PROTEST & PRESS CONFERENCE—Porn Clinic called out as "Fig Leaf for the Porn Industry" Despite HIV and STD outbreak in adult film community, industry clinic refuses to share patient information with LA County Dept of Public Health or Cal OSHA, yet violates patient confidentiality maintaining online database of same information for porn producers

**WHEN**: Thursday, March 4th —Protest begins 10:15 AM Press Conf. 10:30 AM

**WHERE**: In front of the AIM Healthcare Foundation 'Porn Clinic' 4630 Van Nuys Blvd. (between Hortense St & Kling St, just South of the 101 Fwy)Sherman Oaks, CA 91403

**CONTACTS**: Ged Kenslea, AHF Dir. of Communications (323) 791-5526 cell, Lori Yeghiayan, AHF Assoc. Dir. of Communications (323) 377-4312 cell

**B-roll**: 20+ protesters with fig leaves, some wearing nude body suits, signs, a 10 ft banner: "AIM's HIV Testing Clinic: A Fig Leaf for the Porn Industry"

As part of its ongoing campaign to require the use of condoms in porn films in an effort to reduce the spread of STDs including HIV, AIDS Healthcare Foundation (AHF) will take aim at a porn industry health clinic—a fig leaf for the porn industry—during a protest and press conference tomorrow, Thursday, March 4th starting at 10:15 AM Pacific at the Adult Industry Medical Healthcare Foundation's (AIM) HIV Testing Clinic in Sherman Oaks (4630 Van Nuys Blvd. 91403). 20 or so protesters will gather holding fig leaves—some wearing nude body suits—and carrying banners and signs to expose the clinic as a fig leaf for the porn industry. The protesters will also call on LA County officials to crack down on AIM clinic officials for two seemingly contradictory actions:

- Withholding crucial data on HIV and STD infections of AIM clinic patients from County health officials who are trying to track a recent outbreak of HIV in the industry; while at the same time
- Violating federal patient confidentiality (HIPPA) laws by providing the same crucial health information on HIV and STD infections to porn producers via an online database

"AIM testing is a fig leaf that does not protect actors from the risks of unprotected sex during filming," said **Michael Weinstein**, President of AIDS Healthcare Foundation. "It is simply a ploy to deflect public scrutiny and government regulation – a ploy that is perpetrated at the expense of the actors' privacy rights, which would not be violated if the industry simply required actors to use condoms."

Last week, AHF officials sent a letter to state and federal health agencies asking for an investigation into the Adult Industry Medical Healthcare Foundation's (AIM) routine practice of violating performers' privacy rights by disclosing highly confidential HIV & STD test results to porn producers in order to be

Case 2:10-cv-06629-GW -PLA Document 8-1 Filed 01/06/11 Page 15 of 31 Page ID #:129

cleared to work. During the protest Thursday, AHF officials will highlight the contradiction between AIM officials zealously preventing release of any patient data to county and state health officials while cavalierly making this same patient data freely available to adult industry film producers.



"Must Los Angeles County health officials and health and safety investigators from CalOSHA register and subscribe to AIM's industry database as film producers in order to access the basic public health data on HIV and STD incidence they may be required by law to track and treat?" said **Whitney Engeran-Cordova**, Director of AHF's Public Health Division. "AIM simply can't have it both ways: they can't say on one hand that they are protecting patients' privacy rights from the prying eyes of public health officials; while on the other hand, they blatantly violate this same confidentiality through the release of the same patient information via its online database to adult industy producers."

Today's action is part of AHF's ongoing campaign to require the use of condoms in adult films produced in California. The effort has gained considerable momentum in recent months after it was reported in June 2009 that an actress working in the adult film industry had tested positive for HIV.

This latest action has been prompted by the ongoing epidemic of sexually-transmitted diseases (STDs) in California's adult film industry. According to the Los Angeles County Department of Public Health (LADPH), workers in the adult film industry are ten times more likely to be infected with a sexually transmitted disease than members of the population at large. LADPH documented 2,013 individual cases of chlamydia and 965 cases of gonorrhea among workers between the years 2003 and 2007. LADPH has observed that many workers suffer multiple infections, with some performers having four or more separate infections over the course of a year. In addition, LADPH has stated that as many as 25 industry-related cases of HIV have been reported since 2004.

Return to In the News
Return to Press Releases

*Press contacts:*

*Lori Yeghiayan*

*Associate Director of Communications*

*Ged Kenslea*
*Director of Communications*
*ged.kenslea@aidshealth.org*
*P : (323)308-1833*
*F : (323)465-3568*

*loriy@aidshealth.org*

*P : (323)308-1834*

*F : (323)465-3568*

©2008. AIDS Healthcare Foundation. All Rights Reserved.



POWERED BY
**convio**
nonprofit software



In the News

## Former Adult Film Stars File California Class Action Lawsuit Against AIM Porn Clinic Over Health Disclosures

**Lawsuit by two ex-adult film performers, to be filed Monday in the Superior Court of California, Los Angeles County, Seeks Class Action Status in Case Against Adult Industry Medical Health Care Foundation (AIM) Testing Clinic Over Privacy Breaches of Protected Patient Health Data**

*By: AIDS Healthcare Foundation*
*Los Angeles - June 28, 2010*

**WHAT**: Press Conference and Teleconference Former Adult Film Stars Sue Adult Industry Medical Health Care Foundation (AIM) Testing Clinic Over Privacy Breaches of Patient Health Data, Deceptive Business Practices

**WHEN**: MONDAY, June 28th 2010——11:00 AM Pacific

**WHERE**: AHF Headquarters, 6255 W. Sunset Blvd. (at Argyle) 21st FLOOR Los Angeles, CA 90028 Teleconference Dial in information: +1.877.411.9748 participant code #7931503

**WHO**: Diana Grandmason, former adult film actress, AIM lawsuit plaintiff (in person in Los Angeles) Brian Chase, Pro Bono Attorney & Assistant General Counsel, AHF Tom Myers, Pro Bono Attorney & Chief of Public Affairs for AHF (via teleconference), Michael Weinstein, AIDS Healthcare Foundation President

**CONTACT**: Ged Kenslea, AHF Communications Director (323) 791-5526 cell (323) 308-1833 office

Two former actresses in the adult film industry, including Diana Grandmason, are filing a California lawsuit against Adult Industry Medical Health Care Foundation (AIM), a Los Angeles area HIV testing clinic funded by and serving the adult film industry, alleging privacy breaches of their protected patient health data. The lawsuit, which will be filed in Superior Court of California, County of Los Angeles, on Monday June 28th (Case # TBA), includes claims of unfair and deceptive business practices, violations of civil code and unlawful public disclosure of private health information. The lawsuit also seeks class action status to include claims by other current and former adult film actors whose health information may have also routinely—and illegally—been released by AIM to film producers working in the adult industry. The lawsuit is being supported by AIDS Healthcare Foundation (AHF), which has separately been championing safety reforms in the adult film industry including efforts to require the use of condoms in all adult film productions. Tom Myers and Brian Chase, two AHF attorneys working pro bono to represent the two former adult stars prepared the lawsuit and arranged its filing.

The lawsuit, alleges, "AIM violates the privacy rights of performers in the adult film industry by allowing the producers of adult films online access to workers' health care information without the individual consents and releases required by federal and California law. AIM knowingly and intentionally provides this private information to producers of adult films in order to facilitate the production of adult films." The legal action also asserts, "AIM further jeopardizes the health and well-being of performers in the adult film industry by discouraging the use of condoms and other safer-sex practices known to prevent and dramatically reduce the spread of STDs," and "The actions of AIM violate Grandmason's and Garren's rights to privacy, the rights of individuals similarly situated to Plaintiffs, and further constitute an unfair and deceptive trade practice under California law."

"While working in California's adult film industry, both Bess and I were repeatedly tested for sexually transmitted diseases at AIM's clinic,' said lead Plaintiff Diana Grandmason. "I was tested for HIV, chlamydia and gonorrhea at AIM on nine occasions in 2008 and 2009, while Bess was tested for the same diseases on ten occasions in 2008 and 2009. We each had to sign sweeping release-of-

information forms and pay AIM for this testing. AIM then made our medical test results available online to adult film producers and anyone else with a user name and password for AIM's database—something we understand is illegal under state and federal law. And despite the fact that we have each been out of the industry for more than a year, it is our understanding that our private health data still remains freely—and illegally—available online at AIM's database. With this lawsuit, we hope to stop AIM from violating our and other patients' legal rights."

"In exchange for its monopoly position as the sole provider of sexually transmitted disease testing within the adult film industry, AIM provides the producers of adult films with unfettered online access to confidential health records of AIM's patients, and publicly defends the adult film industry's refusal to adequately protect performers from the spread of STDs," said Brian Chase, one of the pro bono attorneys working on the case. "AIM also steadfastly opposes any efforts to require the use of condoms in the production of adult films, wrongly insisting that its monthly testing for a limited number of STDs is sufficient protection for performers. We believe that AIM is in clear violation of federal and state law, and that its actions and ongoing business practices repeatedly place thousands of people like Ms. Grandmason and Ms. Garren at risk of disease and death."

Grandmason and Garren's lawsuit asserts that they, and an untold other number of current and former AIM clients who sought—and paid for—STD and HIV testing services at AIM's clinic in order to work in the adult film industry, had their civil and health privacy rights violated. The lawsuit alleges three causes of action including: First Cause Action: "AIM's disclosure of medical information regarding the Plaintiff's and the Class constitutes a violation of Civil Code §§ 56 et seq." Second Cause Action: "…AIM has disclosed Plaintiffs' sexually transmitted disease test results, in violation of state and federal law," and Third Cause Action: (in three distinct areas)

1. AIM's ongoing disclosure of sensitive medical information constitutes an unfair, fraudulent and deceptive trade practice under Cal. Bus. & Prof. Code § 17200.
2. AIM's requirement that adult film performers sign the AIM Release, illegally authorizing the dissemination of private medical information and purporting to indemnify AIM for any damages caused by the release of that data, constitutes an unfair, fraudulent and deceptive trade practice under Cal. Bus. & Prof. Code § 17200.
3. AIM's collusion with the producers of adult films to create a monopoly in the provision of sexually transmitted disease testing for performers constitutes an unfair and deceptive trade practice under Cal. Bus. & Prof. Code § 17200.

"We are grateful for the support of AHF in our efforts and for the pro bono legal work being done on our behalf," added Grandmason. "We also ask the court to seriously consider certifying this case as a class action on behalf of all those people whose health and privacy rights may have been repeatedly violated by AIM's deceptive and illegal practices."

Return to In the News
Return to Press Releases

*Press contacts:*

*Ged Kenslea*
*Director of Communications*
*ged.kenslea@aidshealth.org*
*P : (323)308-1833*
*F : (323)465-3568*

*Lori Yeghiayan*
*Associate Director of Communications*

*loriy@aidshealth.org*
*P : (323)308-1834*
*F : (323)465-3568*

©2008, AIDS Healthcare Foundation. All Rights Reserved.


nonprofit software



In the News
## Press Telecon TODAY: AHF Responds to Porn Industry Attacks

**Press Teleconference at 11:15 AM TODAY—AIDS Healthcare Foundation President Michael Weinstein to Address False Claims By Adult Industry Medical Healthcare Foundation, "Fig Leaf" for the Porn Industry**

*By: AIDS Healthcare Foundation*
*Los Angeles, CA - October 14, 2010*

AIDS Healthcare Foundation (AHF) will host a press teleconference today at 11:15 AM to respond to baseless claims by Adult Industry Medical Healthcare Foundation (AIM) after AHF renewed its call for enforcement of condom-use on set in the wake of a performer testing HIV-positive. AHF has been leading efforts to improve industry safety by advocating for the enforcement of condom-use on all adult film sets.

"Protecting the health of adult film performers and the public at large is AHF's only goal in advocating for on-set condom use—already required, by the way, by current Cal OSHA regulations," said Michael Weinstein, President of AIDS Healthcare Foundation. "The porn industry's self-regulation by AIM has clearly been a complete failure and now they are looking for someone to blame. Up until recently AIM was not even a licensed healthcare facility.

Added Weinstein, "At this point, if the porn industry truly cares about the health of performers, all porn production companies should suspend production and AIM should be doing everything in its power to contain this latest outbreak and cooperate full with public health authorities. The only responsible thing to do in the wake of this tragic incident is for the industry to mandate on set condom-use in all future production."

WHAT:
Press Teleconference

WHEN:
TODAY, THURSDAY, October 14th 11:15 AM Pacific

HOW:
Teleconference number: 1-877-411-9748, Access Code: 7931503

WHO:
Michael Weinstein, President of AIDS Healthcare Foundation Brian Chase, Assistant General Counsel, AIDS Healthcare Foundation

CONTACTS:
Lori Yeghiayan, (323) 377-4312, loriy@aidshealth.org
Ged Kenslea, (323) 791-5526, gedk@aidshealth.org

In an article today about the recent HIV outbreak (More porn productions shut down amid concern over HIV, By Molly Hennessy-Fiske) and referring to AIM, the Los Angeles Times reported: "… the Sherman Oaks clinic on Wednesday blasted AIDS activists and public health officials for using the incident to renew calls for mandatory condom use and added oversight of the porn industry. 'The misfortune of a patient testing positive for HIV has been turned into a tragic farce by the efforts of groups to exploit the patient for their political and financial gain,' AIM said in a statement."

ALL DAY Media Availability
Michael Weinstein (323) 810-1238
Brian Chase (323) 208-1289

Return to In the News

Case 2:10-cv-06629-GW -PLA   Document 8-1    Filed 01/06/11   Page 19 of 31   Page ID
#:133

**Return to Press Releases**

*Press contacts:*

*Lori Yeghiayan*

*Associate Director of Communications*

*Ged Kenslea*
*Director of Communications*
*ged.kenslea@aidshealth.org*
*P : (323)308-1833*
*F : (323)465-3568*

*loriy@aidshealth.org*

*P : (323)308-1834*

*F : (323)465-3568*

©2008. AIDS Healthcare Foundation. All Rights Reserved.



POWERED BY
**CONVIO**

nonprofit software



**In the News**

**Press Teleconf TODAY: AHF Takes Aim at Porn Clinic, LA County After Performer Tests HIV+**

Press Teleconference at 4:00 PM TODAY—AIDS Healthcare Foundation President Michael Weinstein Says "How many more people have to be infected with HIV before LA County steps in to do its job?"

*October 14, 2010*

AIDS Healthcare Foundation (AHF) will host a press teleconference today at 4:00 PM to denounce the adult film industry, the Adult Industry Medical Healthcare Foundation (AIM) and Los Angeles County after it was reported in the Los Angeles Times today that an adult-industry performer has tested positive for HIV and an industry quarantine has been instituted. AHF has been leading efforts to improve industry safety by advocating for the enforcement of condom-use on all adult film sets. "That a performer tested positive for HIV today—and that more may be infected—was totally preventable," said Michael Weinstein, President of AIDS Healthcare Foundation. "It is also living proof that testing is not adequate protection against HIV/AIDS and other sexually-transmitted diseases among porn performers. How many more people have to be infected with HIV before Los Asngeles County steps in to do its job and protect performers' and the public's health and AIM stops being a 'fig leaf' for the industry?"

WHAT:
Press Teleconference

WHEN:
Tuesday, October 12th 4:00 PM Pacific

HOW:
Teleconference number: 1-877-411-9748
Access Code: 7931503

WHO: Michael Weinstein, President of AIDS Healthcare Foundation
Brian Chase, Assistant General Counsel, AIDS Healthcare Foundation

CONTACT: Lori Yeghiayan, (323) 377-4312, loriy@aidshealth.org

Return to In the News
Return to Press Releases

*Press contacts:*

*Lori Yeghiayan*
*Associate Director of Communications*

*Ged Kenslea*
*Director of Communications*
*ged.kenslea@aidshealth.org*
*P : (323)308-1833*
*F : (323)465-3568*

*loriy@aidshealth.org*
*P : (323)308-1834*
*F : (323)465-3568*

©2008. AIDS Healthcare Foundation. All Rights Reserved.



POWERED BY
**convio**
nonprofit software

# EXHIBIT 3

Case 2:10-cv-06629-GW -PLA   Document 8-1   Filed 01/06/11   Page 22 of 31   Page ID
#:136

January 8, 2011

# npr

**FIND A STATION**

NPR Shop | NPR Social Media | Login | Register

SEARCH [_____]

home    news    arts & life    music    programs    listen

News ›U.S. ›Law

Twitter    Facebook    Share    Comments (76)    Recommend (23)



### < Mom-Daughter Porn Actresses Want Medical Privacy

*Copyright ©2010 National Public Radio®. For personal, noncommercial use only. See Terms of Use. For other uses, prior permission required.*

*Heard on All Things Considered*                    text size A A A

*July 8, 2010* · ROBERT SIEGEL, host:

Now, a story about privacy in a business that often leaves nothing to the imagination. We're talking about Southern California's adult film industry and the medical tests it requires for all performers. The tests are meant as a safeguard against sexually transmitted diseases.

But a mother and her daughter say their medical information was intentionally leaked, and now, they're suing.

NPR's Mandalit del Barco reports.

MANDALIT DEL BARCO: Diana Grandmason is a 50-year-old redhead who once ran an investments business in Florida, perhaps an unlikely performer in adult films. But until a year and a half ago, she starred in X-rated movies like this one, titled "Seduced by a Cougar."

(Soundbite of film "Seduced by a Cougar")

Unidentified Woman #1 (Actor): (As character) I was watching you guys. It looks fun.

Unidentified Woman #2 (Actor): (As character) I noticed that.

Unidentified Woman #1 (Actor): (As character) Yeah.

DEL BARCO: Grandmason says she got into the porn business to follow her daughter, Bess Garren.

Ms. DIANA GRANDMASON: Basically, she called me at work and said Mom, I'm going to do this. And I said no, you're not. And she said Mom, I'm 21. This is a courtesy call. I'm doing it. So, you know, what choice did I have?

DEL BARCO: You decided to join her.

Ms. GRANDMASON: Right, well, originally it was signing up just so I could accompany her, and then I kind of got sold on the idea myself.

DEL BARCO: Like every adult film performer, Grandmason and her daughter were required to get tested every month for HIV, chlamydia and gonorrhea. The tests are conducted by a nonprofit clinic run by AIM, the Adult Industry Medical Healthcare Foundation. AIM then provides the results online to patients and to adult film producers. The data is supposed to remain private, but Grandmason says hers has gone viral.

Ms. GRANDMASON: Somebody who purports to be a producer has pulled my information and then sent it to a popular industry blog, who has posted it online. So my health insurance and my private information is online for all to see. It's very scary.

DEL BARCO: Grandmason says she's gotten threats and now feels like she has a target on her back. She and her daughter have filed a class action lawsuit against AIM.

---

## holidays                    Get Our Lists ◉



The year's best books & music

## shop                    Visit the NPR SHOP ◉

Is NPR their cup of tea?
Gifts for tea lovers

Case 2:10-cv-06629-GW -PLA Document 8-1 Filed 01/06/11 Page 23 of 31 Page ID
#:137

Ms. GRANDMASON: They use it to damage my reputation. They post my private information. They posted stuff about credit and tax reports. They post nasty, defamatory comments about me. They've linked all my porn work to my real name, plus a lot of lies.

DEL BARCO: But AIM's attorney, Jeffrey Douglas, says the clinic is following health information privacy laws to protect patients. He says the lawsuit is unfounded.

Mr. JEFFREY DOUGLAS (Attorney): No one believes that they are providing information willy-nilly to anyone who wants it. Such an allegation is absurd.

DEL BARCO: As for medical information being widely available, Douglas points out that all adult movie performers have to sign waivers agreeing their data can be seen by anyone who makes or distributes their films.

Mr. DOUGLAS: Just being in one movie means odds are your ID and personal information is in the hands of dozens of entities. The choice is the performer, not AIM.

DEL BARCO: Some in the porn industry say the lawsuit is more about an effort to force adult performers to use condoms. That's a position being advocated by the AIDS Healthcare Foundation, or AHF. In fact, the group's lawyers are representing the women pro bono.

And AHF's president, Michael Weinstein, admits that the lawsuit is part of a bigger safer-sex message.

Mr. MICHAEL WEINSTEIN (President, AIDS Healthcare Foundation): This could be ended today if the industry would agree to condom use.

DEL BARCO: But most porn producers and production companies balk at such regulations, despite a few HIV scares.

Ms. JOY KING (Vice President, Wicked Pictures): Everybody's always kind of just left the industry alone because we sort of operate in our own little world, and we've mostly contained any problems that have ever occurred through our sort of self-regulation.

DEL BARCO: Joy King is a vice president at Wicked Pictures, which bills itself as the only condom-mandatory adult film producer. She says most non-gay-porn companies that tried requiring condom use went out of business.

Ms. KING: Sales are definitely affected when you use condoms. This industry is largely based on fantasy, and people don't want condoms in their fantasies.

DEL BARCO: For Diana Grandmason and her daughter Bess, the fantasy has turned into a nightmare as they argue they've been overexposed in a way they never imagined.

Mandalit del Barco, NPR News.

Copyright © 2010 National Public Radio®. All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to National Public Radio. This transcript is provided for personal, noncommercial use only, pursuant to our Terms of Use. Any other use requires NPR's prior permission. Visit our permissions page for further information.

NPR transcripts are created on a rush deadline by a contractor for NPR, and accuracy and availability may vary. This text may not be in its final form and may be updated or revised in the future. Please be aware that the authoritative record of NPR's programming is the audio.

Twitter     Facebook     Share     Comments (76)     Recommend (23)

## More Law



around the nation
**L.A.'s Homicide Rate Lowest In Four Decades**
Experts cite various reasons for Los Angeles' decline but can't predict whether it will continue.



the two-way
**Courtney Love's Tweet May Set Legal Precedent**
A tweet she wrote in 2009, calling a designer some nasty names, is the focus of a defamation trial.

PODCAST + RSS FEEDS

Podcast     RSS

Law

All Things Considered

law

**Calif. Court: Cops Can Search Texts Without Warrant**
Authorities can not only seize items but also can open and examine what
they find, the ruling said.

**News Headlines**
**Newsletter**



## comments

Discussions for this story are now closed. Please see the Community FAQ for more information.

| Recent First |
| --- |



**Ailene Onthewall (sfgatewifee)** wrote:
"Seduced by a Cougar"? More like "Seduced by a Grandma". Her Florida "investments"
probably went south. So she got desperate and signed on as a porn star. Now she's suing the
company and will probably win the lawsuit because of HIPAA violations. At least someone in
America is making money.
Sunday, July 11, 2010 3:45:56 AM
Recommend (3)                                                                 Report abuse



**Ron Bulla (surveyor)** wrote:
"they've been overexposed in a way they never imagined." Really? Really??
Saturday, July 10, 2010 4:47:02 PM
Recommend (8)                                                                 Report abuse



**Anonymous Frank (Frank_the_Underemployed_Professional)** wrote:

With a name like Diana "Grandma"-son, she should be making hot grannies porno films.
Saturday, July 10, 2010 3:02:48 PM
Recommend (2)                                                                 Report abuse



**Tukaram das (Tukarama)** wrote:
http://www.hhs.gov/ocr/privacy/hipaa/understanding/index.html

People are getting hung up on the wrong end of this story. It makes no difference what her job
is she is still protected under the 1996 HIPAA laws. As a patient advocate for a nationwide
charity I had to learn to be HIPAA compliant.

The career choice you make does not mean you lose your right to privacy!
(Certain government jobs are immune but that is expected.)

Unfortunately there is little to no enforcement of HIPAA thus far. Hopefully she can bring some
of this to light.
Saturday, July 10, 2010 10:33:33 AM
Recommend (23)                                                                Report abuse



**Mills Lane (Mrwilson1)** wrote:
what they are going through is nothing new. Many years ago I had to undergo a drug regimen
for a problem that I was having. Noit was not an STD or HIV or anything like that.

It was a matter of days before my plant superintendent and the people who worked under him
knew exactly what drugs I was taking. All because of a HR person who couldn't keep their
mouth shut.if you work in a company you can be sure that your information is not sacred.
Whenever you go to the doctor or have an operation that information is available to human
resources. And if any of them talk to each other or others you will be outed. A guy that I
worked with had a testosterone imbalance. Two weeks after starting the several people on the
shop floor laughed at him about it when he had never even mentioned it. So what happens to
these women is no different than what happens(or can happen) everyday in the workplace
Saturday, July 10, 2010 10:10:41 AM
Recommend (7)                                                                 Report abuse



**Azima Smith (Zima)** wrote:
I thought this was about the privacy of medical records. US law is woefully inadequate in
protecting the privacy rights of individuals, yet digitization of medical records is being pushed
as a way to reduce healthcare costs. In this case it's a porn actress, but any one of us could
have our basic privacy rights violated, and that's the problem. Who wants to have a medical
condition leaked to a prospective employer?
Saturday, July 10, 2010 9:35:37 AM
Recommend (8)                                                                 Report abuse



**Katherine de Floride (kdf9876)** wrote:
There are more kinds of poverty than just lack of capital, nunya.

I agree that porn fans rarely want to admit the dark side, either of the industry or of its effect on their own lives, just as anti-porn crusaders can't limit themselves to its actual negative effects without constructing a unified field theory making it responsible for all society's ills. And they both can cite statistics supporting what they want to believe.

Saturday, July 10, 2010 9:05:33 AM

Recommend (4)                                                                                    Report abuse



**nunya biznes (argghh)** wrote:
This is an impossible issue for people to discuss objectively, for the simple reason that some people enjoy watching porn and others don't. Both sides accuse the other of being psychologically unhealthy. In terms of more objective numbers, though, there are some observations that can be made about porn that are worth considering:

1) most porn on the web today is produced by enthusiastic amateurs in their own home...so much so that the traditional studios have been struggling to find a new business model to replace the windfall profits they enjoyed during the VCR boom. Like most other creatives in the age of digital media, porn producers are do-it-yourselfers.

2) several studies by economists have shown a strong correlation between the ready availability of porn and a regional decline in rape.

That being said, there is little doubt the industry has a dark side, as every poorly regulated industry does: people have been exploiting other people since the first alpha cave male learned he could intimidate the others into doing whatever he wanted by offering food or safety. That seems unlikely to change, but the issue is one of money, not sex. Without poverty, no exploitation could occur.

Saturday, July 10, 2010 6:59:57 AM

Recommend (4)                                                                                    Report abuse



**Katherine de Floride (kdf9876)** wrote:
It really is a nasty industry that chews up human beings and leaves them on the side of the road. And while many performers tell the truth about it, others keep quiet to maintain the deadly fantasy.

I really get annoyed when I read someone pontificating about how 'healthy' porn is. It delivers absurdly 'healthy' profits for the men at the top, but nothing healthy for anyone else, including the thousands of men whose relationships and ability to enjoy real sex are destroyed by their addiction to porn. And it's so accessible that many kids reach adulthood thinking that what paid performers do is real sex.

Live and let live, IMO, but enough with the sugar-coating and the euphemisms. Call it what it is: an exploitative and heartless industry that cheapens and hyper-commercializes one of the most natural and beautiful human activities.

Saturday, July 10, 2010 4:10:34 AM

Recommend (7)                                                                                    Report abuse



**D Scully (DScullyDScully)** wrote:
Pauly Mish (PPM) wrote:
Did they do a movie together?

-----

Gross

Saturday, July 10, 2010 1:16:43 AM

Recommend (10)                                                                                   Report abuse

**View all comments (76)»**

## npr always on

| | | | | | |
|---|---|---|---|---|---|
| Newsletters | Podcasts | Mobile | RSS Feeds | Widgets | API | Radio |

### news
U.S.
World
Opinion
Politics
Business
Technology
Science
Health
Sports

### arts & life
Books
Movies
Pop Culture
Food
Performing Arts
Games & Humor

### music
Concerts
Music Lists
Music Interviews
Music News
Music Blogs
Rock/Pop/Folk
Jazz & Blues
Classical
Browse Artists A-Z

All Songs Considered
From The Top
JazzSet
Marian McPartland's
   Piano Jazz
Mountain Stage
Song of the Day

### programs a-z
Morning Edition
All Things Considered
Fresh Air
The Diane Rehm Show
On The Media
On Point
Talk of the Nation
Tell Me More
Weekend Edition
   Saturday
Weekend Edition Sunday
Car Talk
Wait Wait...Don't Tell Me!

### listen
Hourly News
NPR Program Stream
   Schedule
Find Station Streams

### more
Multimedia
Columns
Blogs
Analysis
Commentary
NPR Ombudsman
Topic Index

### about
This Is NPR
Support and Sponsor
Press Room
Careers
NPR Shop

# EXHIBIT 4



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Voice - (415) 437-8310, (800) 368-1019
TDD - (415) 437-8311, (800) 537-7697
(FAX) - (415) 437-8329
http://www.hhs.gov/ocr/

**OFFICE OF THE SECRETARY**
Office for Civil Rights, Region IX
90 7th Street, Suite 4-100
San Francisco, CA 94103

June 15, 2010

Colin Hamblin, M.D.
Adult Industry Medical Healthcare Foundation, Inc.
4630 Van Nuys Boulevard
Sherman Oaks, CA 91403-2915

OCR Reference Number: 10-109131

Dear Dr. Hamblin:

Please be advised that the Department of Health and Human Services (HHS), Office for Civil Rights (OCR) received a complaint on February 24, 2010, alleging that the Adult Industry Medical Healthcare Foundation, Inc. (the covered entity) is not in compliance with the Federal Standards for Privacy of Individually Identifiable Health Information (45 C.F.R. Parts 160 and 164, Subparts A and E, the Privacy Rule). Specifically, Mr. Tom Myers with the AIDS Healthcare Foundation (the complainant) alleges that the covered entity is using an authorization to release test results which has not met the requirements of the Privacy Rule. This allegation could reflect violation of 45 C.F.R. Section 164.508.

OCR enforces the Privacy and Security Rule, and also enforces Federal civil rights laws that prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age, and, under certain circumstances, sex and religion.

OCR is responsible for enforcing the Privacy Rule as it applies to "covered entities." Covered entities include health care clearinghouses, health plans, and health care providers that transmit health information in electronic form in connection with a transaction for which HHS has adopted standards. See 45 C.F.R. Part 162. To learn more about what types of providers are covered entities, please go to www.hhs.gov/ocr/hipaa/assist.html and click on "Am I a Covered Entity?" You can also find helpful information about the Privacy Rule at OCR's website, www.hhs.gov/ocr/hipaa. Among other things, the website will lead you to a summary of the Privacy Rule, guidance and fact sheets about the Privacy Rule, and answers to hundreds of frequently asked questions. If you do not have access to the Internet, you may also obtain additional information and request a summary of the Privacy Rule by calling the investigator identified at the end of this letter.

Our authority to collect information and ascertain a covered entity's compliance is found at 45 C.F.R. §§ 160.300 - 160.316. These provisions give OCR specific authority to investigate complaints and conduct compliance reviews. Covered entities must cooperate with OCR during a complaint investigation (45 C.F.R. § 160.310(b)) and permit OCR access to its facilities, records and other information during normal business hours or at any time, without notice, if exigent circumstances exist (45 C.F.R. § 160.310(c)).

AIM 00016

10-109131
Page 2

The Privacy Rule provides that, to the extent practicable, OCR will seek the cooperation of
covered entities to informally resolve complaints.  For example, OCR can provide technical
assistance to help a covered entity voluntarily comply with the Privacy Rule.  To this end, we
will contact you within the next two weeks to discuss whether this matter may be resolved
without the need for a formal investigation.

A covered entity has the right to respond to an allegation by submitting evidence to OCR
indicating: it is not a covered entity subject to the Privacy Rule; the alleged violation did not
occur as described by the complainant; the action complied with the Privacy Rule; or the covered
entity has taken prompt and effective action to correct the noncompliance.

If we are unable to resolve this matter voluntarily, and if OCR's investigation results in a finding
that the covered entity is not complying with the Privacy Rule, HHS may initiate formal
enforcement action which may result in the imposition of civil money penalties.  We have
enclosed a separate fact sheet explaining the penalty provisions under the Privacy Rule.  The fact
sheet also explains that certain violations of the Privacy Rule may be subject to criminal
penalties, which the U.S. Department of Justice is responsible for enforcing.

Under the Freedom of Information Act, we may be required to release this letter and other
information about this case upon request by the public. In the event OCR receives such a request,
we will make every effort, as permitted by law, to protect information that identifies individuals
or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

If you have any questions, please do not hesitate to contact the investigator assigned to this case,
Laura Coronado at (415) 437-8324 (Voice), (800) 437-8311 (TDD).  When contacting this
office, please remember to include the transaction number that we have given this file.  That
number is located in the upper left hand corner of this letter.


Sincerely yours,

Michael F. Kruley
Regional Manager


Enclosure: Privacy Rule Enforcement and Penalty for Noncompliance

AIM 00017

Memorandum

To:          File

From:        Laura Coronado, Equal Opportunity Specialist

Re:          Record of Contact
             Tn #10-109131

---

I wanted to verify whether you are a covered entity. Please answer the follow four questions.

You may respond by email.

1. For what purposes do you use computers and/or software programs? (i.e.: Do you use the computer to type and print patient statements, and do you then submit standard paper bills to the HMO or insurance companies? If not, then what is your exact billing procedure?)

2. How do you receive the names and information of patients who are authorized to receive your services? (i.e.: Do you receive a printed, hard copy list of all HMO patients who are authorized to receive services?)

3. How are you paid from your designated HMO/insurance companies? (i.e: Do you send paper bills, in batches, to the designated insurance companies? Do you receive paper/printed checks from the insurance companies? Do you bill Medicare? If possible, please include a sample billing form that your office uses.)

4. Do you use a business associate to prepare and send bills on your behalf? If so, how does your business associate submit those bills for payment?

5. How do you train your office staff on billing procedures? If available, please also include a copy of the relevant portions of the "Billing Procedures and Policies" from your staff handbook or office manual. If you do not have a manual, please provide written documentation of how you train office staff on billing.

If you have any questions please call or email me.

Thank you,

Laura Coronado
Laura.Coronado@hhs.gov
415.437.8324

AIM 00018



| DEPARTMENT OF HEALTH & HUMAN SERVICES | OFFICE OF THE SECRETARY |
|---|---|
| Voice - (415) 437-8310, (800) 368-1019<br>TDD - (415) 437-8311, (800) 537-7697<br>(FAX) - (415) 437-8329<br>http://www.hhs.gov/ocr/ | Office for Civil Rights, Region IX<br>90 7th Street, Suite 4-100<br>San Francisco, CA 94103 |

July 14, 2010

Mr. Tom Myers
AIDS Healthcare Foundation
6255 W. Sunset Blvd., 21st Floor
Los Angeles, CA 90028

OCR Reference Number: 10-109131

Dear Mr. Myers:

On February 24, 2010, the Office for Civil Rights (OCR), U.S. Department of Health and Human Services (HHS), received your complaint alleging a violation of the Federal Standards for Privacy of Individually Identifiable Health Information and/or the Security Standards for the Protection of Electronic Protected Health Information (45 C.F.R. Parts 160 and 164, Subparts A, C, and E, the Privacy and Security Rules). Specifically, you allege that the Adult Industry Medical Healthcare Foundation, Inc. (AIMHF) is using an authorization to release test results which has not met the Privacy Rule requirements. Your allegation could reflect a violation of the rules for uses of authorizations to disclose protected health information at 45 C.F.R. § 164.508.

OCR enforces the Privacy and Security Rules, and also enforces Federal civil rights laws which prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age and under certain circumstances, sex and religion.

During our initial investigation of your complaint, we determined that OCR does not have authority to investigate your complaint, and therefore, is closing this matter. The Privacy and Security Rules apply to covered entities, which include only: (a) a health care clearinghouse; (b) a health plan; or (c) a health care provider which transmits any health information in electronic form in connection with a transaction for which HHS has adopted standards. AIMHF is a healthcare provider but does not transmit any health information in electronic form for any of the designated transactions and therefore does not meet the definition of a covered entity. Therefore, the requirements of the Privacy and Security Rules do not apply to AIMHF. OCR's determination as stated in this letter applies only to the allegation in this complaint that was reviewed by OCR.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

AIM 00019

10-109131
Page 2

If you have questions regarding this matter, you may contact the investigator assigned to your case, Laura Coronado at (415) 437-8324. When contacting this office, please remember to include the reference number that we have given your file located in the upper left-hand corner of this letter.

Sincerely,

Michael F. Kruley
Regional Manager

cc: Colin Hamblin, MD
Adult Industry Medical Healthcare Foundation, Inc.
4630 Van Nuys Boulevard
Sherman Oaks, CA 91403-2915

AIM 00020