TOM MYERS, SBN 176008
tomm@aidshealth.org
F. BRIAN CHASE, SBN 242542
Brian.Chase@ahidshealth.org
6255 West Sunset Boulevard, 21st Floor
Los Angeles, California 90028
Tel: (323) 860-5200); Fax:  (323) 467-8450

TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, APC
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: (310) 474-9111; Fax:  (310) 474-8585

Attorneys for Plaintiffs,
DIANA LEE GRANDMASON and BESS
GARREN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN, individuals, on their own behalf, on behalf of the general public, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION, AIM MEDICAL ASSOCIATES, P.C., and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO.  10-cv-6629 GW (PLAx)<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT AHDOOT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 16, 2011<br>Time: 8:30 AM<br><br>The Honorable George Wu<br>Courtroom: 10 |

I, Robert Ahdoot, declare as follows:

1.    I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. I am a member of the law firm of Ahdoot & Wolfson, PC, co-counsel for Plaintiffs in this matter.  I am admitted to practice before this Court and all Courts of the State of California.  The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true.  If called upon as a witness, I could and would competently testify to these facts.

2.    Following the March 21, 2011 hearing in this matter, Plaintiffs attempted to meet and confer with attorneys for the Adult Industry Health Care Foundation ("AIM Foundation") with respect to a filing schedule for the Motion for Class Certification.  Defendants did not engage in meet and confer regarding this issue. Instead, on March 31, 2011, defense counsel informed Plaintiffs that they intended to file a motion to withdraw as counsel for defendant, AIM Foundation.

3.    On April 15, 2011, Plaintiffs attempted to meet and confer, via e-mail, with defense counsel and Eric Fulton (agent for service of process for the new defendant,  AIM Medical Associates, P.C. ("AIM PC")) regarding AIM PC's failure to file a response to the First Amended Complaint ("FAC").   Immediately following the transmission of this e-mail, on April 15, 2011, the AIM Foundation defense attorneys filed a motion to withdraw as counsel of record in this matter, as well as an Answer to the FAC, on behalf of the AIM Foundation, only.

2

Thereafter, also on April 15, 2011, Plaintiffs filed a Request for Entry of Default with respect to AIM PC.

4. On February 2, 2011, I visited the www.twitter.com webpage addressed as http://twitter.com/AIMMEDASSOCPC. This page indicated that on or about January 20, 2011, on the twitter web-page which purportedly belonged to AIM, the following was posted:

**"We are now from AIM Healthcare Foundation to AIM Medical Associates P.C.** 9:37 AM Jan 20th via Facebook."

5. Attached hereto as Exhibit "A" is a true and correct copy of the Amended Declaration of Diana Lee Grandmason in Support of Class Certification, filed with the Court on January 13, 2011.

6. Attached hereto as Exhibit "B" is a true and correct copy of the Amended Declaration of Bess Ann Garron in Support of Class Certification, filed with the Court on January 13, 2011.

7. Attached hereto as Exhibit "C" is a true and correct copy of the Amended Declaration of Brian Chase in Support of Class Certification, filed with the Court on January 13, 2011.

8. Attached hereto as Exhibit "D" is a true and correct copy of what I am informed and believe to be a letter dated December 9, 2010 from the Los Angeles County Department of Public Health addressed to the AIM Foundation.

3

9. Attached hereto as Exhibit "E" is a true and correct copy of what I am informed and believe to be the Articles of Incorporation of AIM Medical Associates, P.C.

10. Attached hereto as Exhibit "F" is a true and correct copy of the California Secretary of State's "Business Entity Detail" available on-line through the Secretary's Business Search feature, as of April 18, 2011.

11. Attached hereto as Exhibit "G" is a true and correct copy of a web page posting on www.aim-med.org under the "News and Events" banner, printed on April 4, 2011. As of April 16, 2011, this posting was available at http://www.aim-med.org/news/2011/02/04/1296834738/.

12. Attached hereto as Exhibit "H" is a true and correct copy of an article found on www.latimes.com by Molly Henessey-Fiske entitled "San Fernando Valley Clinic Investigates Possible Leaks Of Porn Performers' Patient Information," dated April 4, 2011.

13. Attached hereto as Exhibit "I" is a true and correct copy of an article found on www.gawker.com by Adrien Chen entitled "Porn Star HIV Test Database Leaked," dated March 30, 2011.

14. Attached hereto as Exhibit "I" is a true and correct copy of the Declaration of Tina Wolfson In Support of Application of Ahdoot & Wolfson, PC to be Appointed Class Co-Counsel, filed with the Court on March 14, 2011.

DECLARATION OF ROBERT AHDOOT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I declare under penalty of perjury under the laws of the State of California and

the United States of America that the foregoing is true and correct.  Executed on April

18, 2011, in Los Angeles, California.

Robert Ahdoot

**DECLARATION OF ROBERT AHDOOT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**EXHIBIT A**

1   Tom Myers, SBN 176008
2   tomm@aidshealth.org
    F. Brian Chase, SBN 242542
3   Brian.Chase@aidshealth.org
4   6255 West Sunset Blvd., 21st FL
    Los Angeles, CA 90028
5   P: 323-860-5200
6   F: 323-467-8450

7   Attorneys for Plaintiffs
8

9

10

11                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
12

13  DIANA LEE GRANDMASON and    ) Case No.: CV10-6629 GW (PLAx)
    BESS GARREN,                 )
14            Plaintiffs,        ) AMENDED DECLARATION OF
15       vs.                     ) DIANA LEE GRANDMASON IN
    THE ADULT INDUSTRY MEDICAL ) SUPPORT OF
16  HEALTH CARE FOUNDATION,      ) CLASS CERTIFICATION
17            Defendant.         )
                                 )
18                               )
                                 ) The Honorable George H. Wu
19                               ) Magistrate Judge Paul Abrams
20                               )
                                 ) DATE: January 27, 2011
21                               ) TIME: 8:30 a.m.
22                               )
                                 )
23                               )
24                               )

25

26  1. I, Diana Lee Grandmason, declare and state:

27  2. I am above the age of eighteen years old and a resident of the State of

28      Florida.

-1-

3. In 2008 - 2009 I was employed as an actress in the adult film industry, working with various production companies and talent agencies. As an actress within the industry, I became familiar with many common industry practices.

4. As a condition of working in the adult film industry my employers required me to undergo testing at my own expense for Human Immunodeficiency Virus ("HIV"), Gonorrhea and Chlamydia every thirty days.

5. Both my talent agents and the producers of the films that employed me required me to obtain testing through the Adult Industry Medical Healthcare Foundation ("AIM"), rather than at another healthcare facility.

6. Such "AIM-only" policies are commonplace within the adult film industry.

7. I was tested for HIV, chlamydia and gonorrhea at AIM on nine occasions in 2008 and 2009.

8. As a condition of testing, AIM requires adult film performers to sign a form captioned "Authorization to Relapse Test Results (HIV+G/C+RPR)" ("AIM Release"). An authentic copy of an AIM Release is attached hereto as Exhibit "A".

9. I signed an AIM Release on February 1, 2008, and was required to re-execute AIM Release forms on various other dates while working as a performer in the adult film industry. My test results were then made available on aimcheck.net.

10. I am not antagonistic to other members of the putative class, which includes current and former performers in the adult film industry. My interest in bringing this action is primarily to make the adult film industry a safer workplace, and protecting the privacy of adult film performers' medical information.

11. The foregoing is based on my personal knowledge.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2011

*Diana Lee Grandmason*

Diana Lee Grandmason

-3-

# Exhibit A

## AUTHORIZATION TO RELEASE TEST RESULTS (HIV+G/C+RPR)

### THIS IS A LEGALLY BINDING AGREEMENT – READ CAREFULLY AND COMPLETE FULLY!

Under California law, you are entitled to complete anonymity and confidentiality in the testing for HIV and/or AIDS, Gonorrhea, Chlamydia (G/C) and Syphilis (RPR). This means that you may take an HIV/AIDS, G/C and RPR test without providing identification, you may require the results to be kept confidential, and without specific instructions from you to the contrary, require that the results be released to no one but you.

As a performer employed in the production of sexually explicit entertainment, it is critical for your safety and the safety of others with whom you perform that you undergo testing for HIV and/or AIDS, Gonorrhea, Chlamydia (G/C) and Syphilis (RPR) on a regular basis and that, under certain circumstances, the test results be disclosed to a limited number of individuals other than you.

Accordingly, you are being offered the opportunity to obtain HIV/AIDS, G/C and RPR testing at a discounted rate and in a convenient manner by the Adult Industry Medical Health Care Foundation, Inc. (referred to hereinafter as "AIM"). As an additional incentive for you to obtain you're testing through AIM, should your initial test results indicate a possible exposure to HIV, Gonorrhea, and/or Chlamydia and Syphilis a second test may be provided to you by AIM at laboratory cost.

In exchange for such savings, convenience, and the possibility of free re-testing, the receipt and sufficiency of which you hereby acknowledge as adequate consideration to support this agreement, you hereby authorize Dr. Colin Hamblin (referred to hereinafter as "Physician") to release the results of your Gonorrhea, Chlamydia and Syphilis, and Human Immunodeficiency Virus or Acquired Immune Deficiency Syndrome (HIV/AIDS) test(s) to any duly authorized agent of AIM or others as AIM may deem appropriate as to the safety of the community, and your Agent(s) of Record as listed below. _____ Initial

You further authorize Physician, AIM, and your Agent(s) of Record to disclose a positive test result to any individual and/or entity that might have been placed at risk, or may subsequently be placed at risk by you, in the event that you are positive. California law requires that positive Chlamydia, Gonorrhea and/or Syphilis results be reported by name to the local health department. The health department keeps all information confidential. _____ Initial

You hereby indemnify and hold Physician, Physician's Agent, AIM, and your Agent(s) of Record harmless for any claims, actions, causes of actions, demands, rights, damages, costs, loss of services, expense and compensation, of any nature whatsoever, which you now have or which may hereafter accrue on account of, or in any way related to any known and unknown, forseen and unforseen, emotional, bodily, and personal injuries resulting directly or indirectly from such testing and/or disclosure.

**TERM:** This authorization/agreement shall become effective immediately and shall remain in effect for one year from the date of signature.

**REDISCLOSURE:** I understand that once AIM discloses my health information to the recipients identified above ("any duly authorized agent of AIM or others as AIM may deem appropriate as to the safety of the community, and your Agent (s) of Record" and "any individual and/or entity that might have been placed at risk, or may subsequently be placed at risk by you") that Aim cannot guarantee that the recipient(s) will not re-disclose my health information to a third party. The third party may not be required to abide by this Authorization or applicable federal (HIPPA) and state law governing the use and disclosure of my health information.

**REVOCATION:** I understand that the authorization/agreement will remain in effect until the term of this authorization/agreement expires or I provide a written notice or revocation to AIM at 4630 Van Nuys Blvd. First Floor, Van Nuys, CA 91403. The revocation will be effective immediately upon AIM's receipt of my written notice, except that the revocation will not have any effect on any action taken by AIM in reliance on this authorization/ agreement before it received my written notice or revocation. This authorization/agreement may not be revoked by verbal request.

**QUESTIONS:** I may contact AIM for answers to my questions about the privacy of my health information at my health care provider's regular office telephone number. I understand that I have the right to receive a copy of this authorization from my health provider.

**PHOTOCOPY:** A photocopy, fax or electronic copy of this authorization/contract shall be considered as effective and as valid as the original.

Copyright © 2005 by AIM HealthCare Foundation
All Rights Reserved • Updated 2/06

AIM 00006

*I have read and understand the above and agree to the Authorization Agreement.*

_____     Date _____, 20 _____
Signature of Patient

_____     * Printed Stage Name *
* Printed Legal Name *
                                     (_____) _____   __/__/__
_____     Area Code & Phone Number   Date of Birth
Driver's License Number  -  State & Exp. Date

_____     Agent of Record (Print)
Street Address
                                     (_____) _____
_____     FAX NUMBER you'd like your test faxed to
City              State    ZIP Code

State Law requires AIM to notify the Los Angeles County       **RACE: "X" All that apply**
Department of Health Services (DHS) if you test positive      ( ) Black/Afro-American  ( ) White
for a sexually transmitted disease. Where would you like      ( ) Native American      ( ) Asian or Asian American
to contact you if needed:                                        or Alaska Native   ( ) Native Hawaiian or Pacific Islander
                                                             ( ) Other:_____
( ) Use the address and phone number listed above.
                                                             **Ethnicity: "X" ONLY ONE**
( ) Use the following address:                                ( ) Hispanic or Latino
                                                             ( ) Non-Hispanic/Non Latino

_____
                                                             SEX: Male: _____  Female: _____
_____
Area code and phone number

_____
Address

* ( ) Please check here if you are a first-time client
How were you referred to AIM? _____

_____

Web Site and/or
Email Address: _____
This allows AIM to email your results to you.

Please note that the urine gonorrhea/chlamydia tests are highly
sensitive and at times there may be false positive/negative results.
Things like douching, medications, active bleeding and other
exposures that may affect these results.

~ OFFICE USE ONLY ~

*Witness & Method of Payment Received (LOG)*
( ) Check - # _____  Auth. by: _____
( ) CC - Type:_____ Auth. # _____
( ) Cash – Receipt # _____  Amt. $_____
( ) Corporate COD Approved By: _____
– Name (Co. or Person): _____
( ) Personal COD Approved By: _____
Date Paid in Full: _____   SO  GH

Dr. Colin Hamblin
(818) 981-5681
4630 Van Nuys Blvd. 1st Floor, Sherman Oaks, CA 91403

Copyright © 2003 by AIM HealthCare Foundation
All Rights Reserved • Updated 1/06

**EXHIBIT B**

Tom Myers, SBN 176008
tomm@aidshealth.org
F. Brian Chase, SBN 242542
Brian.Chase@aidshealth.org
6255 West Sunset Blvd., 21st FL
Los Angeles, CA 90028
P: 323-860-5200
F: 323-467-8450

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN, <br> Plaintiffs, <br> vs. <br> THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION, <br> Defendant. | Case No.: CV10-6629 GW (PLAx) <br><br> AMENDED DECLARATION OF BESS ANN GARREN IN SUPPORT OF CLASS CERTIFICATION <br><br> The Honorable George H. Wu <br> Magistrate Judge Paul Abrams <br><br> DATE: January 27, 2011 <br> TIME: 8:30 a.m. |

1. I, Bess Ann Garren, declare and state:

2. I am above the age of eighteen years old and a resident of the State of Florida.

-1-

3. In 2008 - 2009 I was employed as an actress in the adult film industry, working with various production companies and talent agencies. As an actress within the industry, I became familiar with many common industry practices.

4. As a condition of working in the adult film industry my employers required me to undergo testing at my own expense for Human Immunodeficiency Virus ("HIV"), Gonorrhea and Chlamydia every thirty days.

5. Both my talent agents and the producers of the films that employed me required me to obtain testing through the Adult Industry Medical Healthcare Foundation ("AIM"), rather than at another healthcare facility.

6. Such "AIM-only" policies are commonplace within the adult film industry.

7. I was tested for HIV, chlamydia and gonorrhea at AIM on ten occasions in 2008 and 2009.

8. As a condition of testing, AIM requires adult film performers to sign a form captioned "Authorization to Relapse Test Results (HIV+G/C+RPR)" ("AIM Release").

9. I signed an AIM Release on February 1, 2008, and was required to re-execute AIM Release forms on various other dates while working as a performer in the adult film industry. My test results were then made available on aimcheck.net.

10. I am not antagonistic to other members of the putative class, which includes current and former performers in the adult film industry. My interest in bringing this action is primarily to make the adult film industry a safer workplace, and protecting the privacy of adult film performers' medical information.

11. The foregoing is based on my personal knowledge.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2011

_Bess Ann Garren_

Bess Ann Garren

-3-

# EXHIBIT C

Tom Myers, SBN 176008
tomm@aidshealth.org
F. Brian Chase, SBN 242542
Brian.Chase@aidshealth.org
6255 West Sunset Blvd., 21st FL
Los Angeles, CA 90028
P: 323-860-5200
F: 323-467-8450

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN, <br> Plaintiffs, <br> vs. <br> THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION, <br> Defendant. | Case No.: CV10-6629 GW (PLAx) <br><br> AMENDED DECLARATION OF F. BRIAN CHASE IN SUPPORT OF CLASS CERTIFICATION <br><br> The Honorable George H. Wu <br> Magistrate Judge Paul Abrams <br><br> DATE: January 27, 2011 <br> TIME: 8:30 a.m. |

1. I, Fred Brian Chase, declare and state:

2. I am above the age of eighteen years old and a resident of the State of California.

-1-

3. I am currently employed as Assistant General Counsel at AIDS Healthcare Foundation. In that capacity I am personally familiar with the qualifications of my colleagues within the legal department of the Foundation.

4. The General Counsel of AIDS Healthcare Foundation, Tom Myers, is a 1994 graduate of Harvard Law School, *cum laude*.

5. Myers worked as a litigation associate at Mitchell, Silberberg & Knupp; Curiale Dellaverson Hirshfeld Kelly & Kraemer and McKenna & Cuneo in Los Angeles.

6. Myers has served as General Counsel for AIDS Healthcare Foundation for the past twelve years.

7. I have been Assistant General Counsel at AIDS Healthcare Foundation since 2008.

8. I am a 1993 graduate of Tulane Law School, *cum laude*, and am licensed to practice law in California, Florida and Louisiana.

9. From 1994 to 2002 I worked as a litigation associate with Weaver, Kuvin, Weaver & Lipton in Ft. Lauderdale; King, LeBlanc & Bland in New Orleans (n/k/a King, Krebs & Jurgens) and with the Ft. Lauderdale office of Barret, Gravante, Carpinello & Stern (n/k/a Boies, Schiller & Flexner).

10. From 2002 to 2008 I was a Staff Attorney and Senior Staff Attorney with Lambda Legal Defense and Education Fund, the nation's largest nonprofit legal advocacy group for gay, lesbian, bisexual, transgender people, and people living with HIV and AIDS. While with Lambda Legal I was a member of the litigation teams for numerous complex cases, including *Lawrence v. Texas*, 539 U.S. 558 (2003), striking down every sodomy law in the United States, and *Finstuen v. Crutcher*, 496 F.3d 1139 (10th Cir. 2007), striking down an Oklahoma law that threatened to invalidate preexisting out-of-state adoptions of children by same-sex couples.

11. While in private practice I represented Volvo Cars of North America in several multistate class actions.

12. As in-house counsel for one of the world's largest nonprofit providers of care to people living with HIV and AIDS, both Myers and myself are familiar with the laws and regulations governing the disclosure of medical records and medical testing results.

13. Attached hereto as "Exhibit A" is a true and correct copy of "Defendant The Adult Industry Medical Healthcare Foundation's Supplemental Responses to Plaintiff's Class Certification Interrogatories."

14. Attached hereto as "Exhibit B" is a true and correct copy of an "Electronic Service Contract Agreement By And Between AIM Healthcare Foundation ("AIM") and _____ ("Aimcheck Client"), which was produced by Defendant as part of Defendant's Rule 26 Disclosures.

The foregoing is based on my personal knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2011:

F. Brian Chase

# Exhibit A

Larry C. Baron, Esq. – State Bar No. 153386
Michael S. Lavenant, Esq. – State Bar No. 198765
Jennifer Raphael Komsky, Esq. – State Bar No. 190228
LANDEGGER, BARON, LAVENANT & INGBER
A Law Corporation
15760 Ventura Boulevard
Suite 1200
Encino, California 91436
Telephone: (818) 986-7561
Facsimile:  (818) 986-5147

Attorneys for DEFENDANT
THE ADULT INDUSTRY MEDICAL HEALTH
CARE FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN,<br><br>                   Plaintiffs,<br><br>          v.<br><br>THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION,<br><br>                   Defendant. | CASE NO.: CV10-6629 GW (PLAx)<br><br>**DEFENDANT THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S CLASS CERTIFICATION INTERROGATORIES** |

**PROPOUNDING PARTY:**      PLAINTIFF, DIANA LEE GRANDMASON

**RESPONDING PARTY:**      DEFENDANT, THE ADULT INDUSTRY

                   MEDICAL HEALTH CARE FOUNDATION

**SET NUMBER:**      ONE

1  TO PLAINTIFF DIANA LEE GRANDMASON AND HER ATTORNEYS OF

2  RECORD:

3           Defendant THE ADULT INDUSTRY MEDICAL HEALTH CARE

4  FOUNDATION hereby supplementally responds to Plaintiff DIANA LEE

5  GRANDMASON'S Class Certification Interrogatories, Set One pursuant to Federal

6  Rules of Civil Procedure Rule No. 33 as follows:

7                    **PRELIMINARY STATEMENT**

8           Defendant THE ADULT INDUSTRY MEDICAL HEALTH CARE

9  FOUNDATION has not completed its investigation of the facts relating to this case,

10 has not fully completed its discovery in this action, and has not completed its

11 preparation for trial.

12         All the responses contained herein are based only upon such information and

13 documents which are presently available to and specifically known to Defendant and

14 disclose only those contentions which presently occur to Defendant.  It is anticipated

15 that further discovery, independent investigation, legal research and analysis will

16 supply additional facts, and meaning to the known facts, as well as establish entirely

17 new factual conclusions and legal contentions, all of which may lead to substantial

18 additions, changes and variations to the contentions set forth herein.

19         The following responses are given without prejudice to Defendant's right to

20 produce evidence of any subsequently discovered fact or facts revealed by further

21 investigation.  Defendant accordingly reserves the right to change any and all

22 answers herein as additional facts are ascertained, analysis are made, legal research is

23 completed and contentions are made.  The answers contained herein are made in a

24 good faith effort to supply as much factual information as is presently known but in

25 no way be to the prejudice of this responding party in relation to further discovery,

26 research or analysis.

27 ///

28
                                                2
Printed on recycled paper

## GENERAL OBJECTION

To the extent that these specially prepared interrogatories seek information privileged against disclosure by the attorney-client privilege and/or protected by the attorney work-product doctrine, Defendant objects to these specially prepared interrogatories.

## RESPONSES TO CLASS CERTIFICATION INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify any and all persons having access to data contained on aimcheck.net, or any other online database or website maintained or controlled by AIM, whether through a username and password or through other means, from 2005 to the present.

**RESPONSE TO INTERROGATORY NO. 1:**

This interrogatory is objected to on the grounds that it is overbroad with respect to time, is compound and not reasonably calculated to lead to the discovery of admissible evidence. This interrogatory is also objected to on the grounds that it violates the privacy rights and freedom of association of third party individuals and business entities not parties to this lawsuit in violation of the United States and California Constitutions. This interrogatory is further objected to on the grounds that it calls for disclosure of proprietary business and trade secret information. This interrogatory is also objected to on the grounds that it is not reasonably calculated to lead to the discovery of admissible information concerning the putative class.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Subject to and without waiving the previously-asserted objections and as a result of the narrowed scope of the interrogatory pursuant to the meet and confer efforts of the parties, Responding Party estimates that at any given time between 2008 and 2010, approximately 40 entities and/or individuals have maintained access to aimcheck.net.

///

## INTERROGATORY NO. 4:

State the total number of persons who have signed, initiated, or otherwise allegedly consented to the terms of any document identified in response to Interrogatory No. 3.

## RESPONSE TO INTERROGATORY NO. 4:

This interrogatory is objected to on the grounds that it is overbroad with respect to time and content and seeks information that is unduly burdensome and oppressive, if not impossible to ascertain. However, without waiving said objections, Responding Party estimates that it treats approximately 1200 patients per month which number includes professional adult industry performers as well as non-adult industry patients.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:

Subject to and without waiving the previously-asserted objections and as a result of the narrowed scope of the interrogatory pursuant to the meet and confer efforts of the parties, although this number is extremely difficult to ascertain, Responding Party's best estimate is that at any given time between 2008 and 2010, approximately more than 900 individuals may have their test results available on aimcheck.net.

## INTERROGATORY NO. 7:

State the total number of times medical information, including test results, has been accessed by persons other than AIM from 2005 to the present on aimcheck.net, or any other online database or website maintained or controlled by AIM.

## RESPONSE TO INTERROGATORY N INTERROGATORY NO. 7:

This interrogatory is objected to on the grounds that it is overbroad with respect to time and content and seeks information that is unduly burdensome and oppressive, if not entirely impossible to ascertain.

///

DEFENDANT'S SUPPLEMENTAL RESPONSES TO CLASS CERTIFICATION INTERROGATORIES

Printed on recycled paper

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Subject to and without waiving the previously-asserted objections and as a result of the narrowed scope of the interrogatory pursuant to the meet and confer efforts of the parties, Responding Party responds that aimcheck.net is capable of being accessed by people/entities that have signed an Electronic Service Contract Agreement and made a donation to the nonprofit.  Those people/entities have the ability to access certain information available on aimcheck.net.

**INTERROGATORY NO. 11:**

State the amount of money charged by AIM for providing individual tests for human immunodeficiency virus, chlamydia, syphilis, and gonorrhea at any time from 2005 to the present.

**RESPONSE TO INTERROGATORY NO. 11:**

This interrogatory is objected to on the grounds that it is overbroad with respect to time, compound and not reasonably calculated to lead to the discovery of admissible evidence.  This interrogatory is further objected to on the grounds that it calls for disclosure of proprietary business and trade secret information.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

Subject to and without waiving the previously-asserted objections and as a result of the narrowed scope of the interrogatory pursuant to the meet and confer efforts of the parties, Responding Party responds that patients generally pay a fixed fee for testing services.

Dated:  December 29, 2010     LANDEGGER, BARON, LAVENANT & INGBER
A Law Corporation

By: _____
Jennifer Raphael Klomsky
Attorneys for Defendant
AIM HEALTHCARE FOUNDATION

5

Printed on recycled paper

I have read the foregoing DEFENDANT THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION'S
SUPPLEMENTAL RESPONSES TO PLAINTIFF'S CLASS CERTIFICATION INTERROGATORIES    and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am ☐ an Officer ☐ a partner _____ [X] a Clinic Administrator of THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in foregoing document are true.

Executed on __December 20, 2010__ , at __Los Angeles__ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__Jennifer Miller__
Type or Print Name

**PROOF OF SERVICE**
(012a.(3) CCP Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF _____ , State of California.
I am employed in the county of _____
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ BY MAIL
☐ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____ , at _____ , California.
☐ **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.
☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Type or Print Name

Signature
*BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus    Rev. 7/99

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
CASE NAME: <u>Grandmason v. AIM Health Care Foundation</u>
CASE NO: CV10- 6629 GW (PLAx)

*I declare as follows:*

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 15760 Ventura Boulevard, Suite 1200, Encino, California 91436. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On December 29, 2010, I served a true and correct copy, with all exhibits, of the following documents described as:

## DEFENDANT THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S CLASS CERTIFICATION INTERROGATORIES

☐    On the party or parties named below, by personally delivering a true copy thereof on _____ _____at approximately _____ at Sherman Oaks, California.  Accepted by:_____ (Personal service)

☑    on the party or parties named below, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service, that same day in the ordinary course of business, addressed as set forth below.  (Regular office deposit)

☐    on the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 15760 Ventura Boulevard, Encino, California 91436 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express Airbill No. ***, with delivery fees paid by sender's account.  (Code of Civil Procedure §1013(c).)  (Overnight delivery service)

☐    on the interested parties in the within action by transmitting via facsimile machine to the name(s) and facsimile number(s) set forth below.  (Facsimile)

Tom Myers, Esq.
F. Brian Chase, Esq.
6255 W. Sunset Blvd., 21st Floor
Los Angeles, CA 90028

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 29, 2010, at Encino, California.

By:_____          By:    <u>ELLIE PIRASTEHFAR</u>
     Signature of Declarant                            Type or Print Name of Declarant

1

# EXHIBIT D

**COUNTY OF LOS ANGELES**

# Public Health

JONATHAN E. FIELDING, M.D., M.P.H.
Director and Health Officer

JONATHAN E. FREEDMAN
Chief Deputy

Ernest A. Pooleon, Assistant Chief
Health Facilities Inspection Division
12440 East Imperial Highway Ste 522
Norwalk, California 90650
TEL.: (562) 345-6884 • FAX: (562) 406-8801
epooleon@cdph.ca.gov

BOARD OF SUPERVISORS

Gloria Molina
First District

Mark Ridley-Thomas
Second District

Zev Yaroslavsky
Third District

Don Knabe
Fourth District

Michael D. Antonovich
Fifth District

December 9, 2010

Jennifer Miller
Adult Industry Medical Healthcare Foundation, Inc. (AIM)
4630 Van Nuys Boulevard, 1st Floor
Sherman Oaks, California 91403-2915

SUBJECT: Cease and Desist Order

Dear Ms. Miller:

The Adult Industry Medical Healthcare Foundation, Inc. (AIM) should be in receipt of the December 3, 2010 correspondence from the California State Department of Public Health (CDPH) informing AIM that its application to operate as a clinic has been denied. Under the laws of this State, Section 1205, Chapter 1, Division 2 of the Health and Safety Code states that except as provided in Section 1206, no person, firm, partnership, association, corporation or public agency shall operate, establish, manage, conduct or maintain a clinic in this State without first obtaining a license...

The Los Angeles County Department of Public Health, Health Facilities Inspection Division, as agents of CDPH Licensing and Certification, and acting under the direction of the State, hereby issues this order to AIM to immediately cease and desist from operating a clinic without first obtaining a license. As confirmed by the State, AIM has, in fact, been and continues to operate, manage, and maintain an unlicensed clinic at 4630 Van Nuys Boulevard, Sherman Oaks, California 91403-2915.

AIM must immediately cease providing services for all patients who require any element of medical care. Please keep this office informed of what measures are being taken to obtain a clinic license.

Please contact me at (626) 569-3854 if you have any questions or require additional information.

Thank you for your attention to this matter.

Eric Stone, Program Manager
Los Angeles County Department of Public Health
Health Facilities Inspection Division

Signature of person receiving this notice:_____

Print name:_____

Date:_____

**EXHIBIT E**

**FILED** cn
In the office of the Secretary of State
of the State of California

**DEC 1 7 2010**

# ARTICLES OF INCORPORATION

## OF

## AIM MEDICAL ASSOCIATES, P.C.

### I.

The name of this corporation is AIM Medical Associates, P.C.

The purpose of this corporation is to engage in the profession of medicine and any other lawful activities (other than the banking or trust company business) not prohibited to a corporation engaging in such profession by applicable laws and regulations.

### II.

This corporation is a professional corporation within the meaning of Part 4, Division 3, Title 1 of the California Corporations Code.

### III.

This corporation is authorized to issue one (1) class of common stock. The total number of shares which this corporation is authorized to issue is one million (1,000,000).

### IV.

The name and address in the State of California of this corporation's initial agent for service of process is:

Eric Fulton
Fulton & Meyer
17530 Ventura Blvd. #201
Encino, CA 91316

### V.

The liability of the directors of this corporation for monetary damages shall be limited to the fullest extent permissible under California law. This corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

### VI.

This corporation is authorized to provide, by bylaws, agreement or otherwise, for the indemnification of agents, as defined in Section 317 of the California Corporations Code, in excess of the indemnification expressly permitted by said Section 317 for breach of duty to this corporation and its shareholders, provided however, that such provision shall not provide for indemnification of

1

any agent for any acts or omissions or transactions from which a director may not be relieved of liability as set forth in the exception to paragraph (10) of Section 204(a) of the California Corporations Code, or as to circumstances in which indemnity is expressly prohibited by Section 317 of that Code.

Dated: December 17, 2010

Sue Ann Jaffarian
Incorporator

2

# EXHIBIT F

Data is updated weekly and is current as of Friday, April 15, 2011. It is not a
complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | AIM MEDICAL ASSOCIATES, P.C. |
| Entity Number: | C3337308 |
| Date Filed: | 12/17/2010 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1875 CENTURY PARK E STE 1600 |
| Entity City, State, Zip: | LOS ANGELES CA 90067-2799 |
| Agent for Service of Process: | ERIC FULTON |
| Agent Address: | 17530 VENTURA BLVD #201 |
| Agent City, State, Zip: | ENCINO CA 91316 |

* Indicates the information is not contained in the California Secretary of
State's database.

- If the status of the corporation is "Surrender," the agent for service of
  process is automatically revoked. Please refer to California Corporations Code
  section 2114 for information relating to service upon corporations that have
  surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status
  reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field
  Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

**EXHIBIT G**

AIM Healthcare – News – The Adult Industry Medical Healthcare Foundation...ical Associates P.C.– Doors are open and the clinic is better than ever!  4/4/11 6:07 PM

Case 2:10-cv-06629-GW -PLA   Document 26-1   Filed 04/18/11   Page 37 of 54   Page ID #:384



**Home      About AIM      News      Reference Library      Contact AIM      STD Information**

## Recent News

Website Breach
RE: Feb. 4th Press release
The Adult Industry Medical Healthcare Foundation is now AIM Medical Associates P.C.- Doors are open and the clinic is better than ever!
AIM Office: WE are OPEN tomorrow
Press Release 12-08-2010 - Patient Zeta
AIM Healthcare Foundation Mourns the loss of Porn Legend John Leslie
HIV Quarantine: Final Testing Completed
Alia Janine's Birthday Fundraiser
AIM HIV Press Release Oct. 19, 2010
AIM HIV Press Release Oct. 13, 2010

## Archives

March 2011
February 2011
December 2010
November 2010
October 2010
July 2010
June 2010

# The Adult Industry Medical Healthcare Foundation is now AIM Medical Associates P.C.- Doors are open and the clinic is better than ever!

by gigih          2.4.11          page 1 of 1

**The Adult Industry Medical Healthcare Foundation is now AIM Medical Associates P.C. - Doors are open and the clinic is better than ever!**

Van Nuys, CA - Thursday, February 3rd, AIM (formerly Adult Industry Medical Healthcare Foundation) re-opened for full services. According to Sharon Mitchell, AIM CEO "We're up and running and here to stay!" Mitchell emphasized, "Yes, we're back and still providing the same important services for early detection HIV, STDs (testing and treatment), doctor visits, and general health check- ups. From Pap smears, to Pelvic exam, we continue to provide the same stellar service in a one-stop visit." AIM's counseling and referral services are available by appointment as usual. AIM-Med.org offers online testing throughout the USA. AIM provides services for the sexually active person to be as safe as possible while enjoying work or play. "Our outlook has been and always will remain, Sexual Health in Body, Mind, Emotion, and Spirit."

As the doors re-opened on the clinic there was one big change, "The Adult Industry Medical Healthcare Foundation" is now "AIM Medical Associates P.C." a private corporation. Visitors

AIM Healthcare – News – The Adult Industry Medical Healthcare Foundation...ical Associates P.C.– Doors are open and the clinic is better than ever!    4/4/11 6:07 PM

Case 2:10-cv-06629-GW -PLA   Document 26-1   Filed 04/18/11   Page 38 of 54   Page ID #:385

April 2010
February 2010
December 2009
November 2009
October 2009
August 2009
July 2009
June 2009
May 2009
April 2009
October 2008
September 2008
April 2008
March 2008
January 2008
December 2007
November 2007
October 2006
August 2006
September 2005
May 2005
October 2004

to the clinic will experience only improvements in the day to day client services provided by AIM. The change in the corporate status of AIM will now allow for the evolution into the vision begun 13 years ago. Relieved from pointless harassment that came with oversight from the County Health Department, the new AIM more appropriately is responsible to the California Medical Association. AIM plans to provide more services, both on the internet and in house, and continue its relationships with current clients while welcoming new ones.

"We at AIM would like to take the opportunity to thank our Board of Directors for their commitment to the mission, serving without compensation, despite unfair adversities. Also our attorneys, CPA, and the Staff who have been invaluable especially in these last 55 days to get us here and now. Most of all, AIM would like to thank you, our clients who kept us going these last two months. Through your support, we knew that we would once again look forward to this day, and being of service to you. Thank you."

Sharon Mitchell PH.D.
CEO, AIM Medical Associates P.C.
(818) 981-5681 Ph - (818) 981-3851 Fx
www.AIM-Med.org



**Make a Donation**
AIM Healthcare is a nonprofit and runs on donations.



**Call Us**
Sherman Oaks: 818.981.5681
Granada Hills: 818.366.8866



**Search The AIM Website**

enter search term

© 2007 AIM Healthcare. All Rights Reserved. AIM is a registered 501(c)3 nonprofit.
Website by AltPixel, Inc and 8days Technology

**EXHIBIT H**

# Los Angeles Times | ARTICLE COLLECTIONS

← Back to Original Article

# San Fernando Valley clinic investigates possible leaks of porn performers' patient information

*Website posts information about more than 12,000 people linked to pornographic films. Clinic officials say they are investigating a possible leak.*

April 04, 2011 | By Molly Hennessy-Fiske, Los Angeles Times

Officials at a San Fernando Valley-based clinic that caters to the porn industry say they are investigating allegations that private patient information was leaked to a website.

Pornwikileaks.com posted the names, birth dates and stage names of more than 12,000 current and former porn performers earlier this year. Some say that information could have come only from the clinic where many performers are tested for HIV and other sexually transmitted diseases: the former Adult Industry Medical Healthcare Foundation clinic in Sherman Oaks, now known as AIM Medical Associates P.C.

AIM officials did not return calls. A statement on its website says that officials are "investigating the possibility of a criminal breach of the medical record database" and that "there is preliminary information indicating that criminal behavior by persons or entities may have occurred."

Jeffrey J. Douglas, an AIM attorney, would not comment about whether clinic officials have referred the allegations to law enforcement for investigation.

"If such a breach occurred, we shall take all available steps to see that the felonious behavior is criminally prosecuted to the maximum extent under the law," the statement said. "Accessing a database for improper purposes, violating medical privacy and extortion are all crimes in California."

Douglas said AIM officials have increased security to protect performers' private data.

"But until we know if A, the data was improperly accessed or B, how, I can't tell you whether the steps were adequate," he said.

Douglas said that if a breach occurred, AIM officials believe it would have been done by outside hackers, not by staffers.

The statement noted that AIM does not possess all of the information on the website, including home addresses and identification documents.

AIM officials have demanded the Web hosting company remove Pornwikileaks.com, which they called "malicious" and "scurrilous."

Pornwikileaks.com is registered in the Netherlands, and its ownership was unclear. Internet chat groups have speculated that it is owned by former porn actor Donny Long, but Long said in an email that he has nothing to do with it "other than being a member there."

Earlier this week, Gawker.com posted an article alleging that information on Pornwikileaks.com came from AIM. That article was based largely on information from porn industry blog mikesouth.com and a performer.

Blogger Mike South said he has since heard from additional performers who believed that the information about them on Pornwikileaks.com came from AIM. The performer South initially spoke with could not be reached for comment.

Under the porn industry's voluntary guidelines, performers must have tested HIV negative within 30 days of filming. Porn producers and directors are allowed to access the AIM clinic's database to check performers' test results.

The AIM clinic opened in 1998 but was shut down by county public health officials in December, days after state health officials denied its application to operate as a community clinic based on what regulators called "business-related issues."

The clinic was sold and reopened last month as AIM Medical Associates P.C., part of a doctor's office regulated by the Medical Board of California, according to state officials.

Los Angeles County public health officials were not investigating the possible breach, which a spokesman said was a federal matter. Officials at the U.S. Department of Health and Human Services' Office for Civil Rights, which investigates such breaches, did not return calls.

*molly.hennessy-fiske@latimes.com*

---

# EXHIBIT I

## Porn Star HIV Test Database Leaked

By Adrian Chen, Mar 30, 2011 07:15 PM



The patient database of the private health clinic that conducts STD tests for California's porn industry has been breached, exposing test results and personal details about thousands of current and former porn performers, some of which have been published on a Wikileaks-style website.

Earlier this year, a website called Porn Wikileaks posted a list of what it claimed were the real names of more than 15,000 porn performers past and present, alongside their stage names and dates of birth. This essentially "outed" them to any passing Googler, which caused an uproar in the industry since many porn performers try to keep their real name secret, for obvious reasons. That 15,000 names were on the list was significant, especially considering only about 1,200-1,500 performers are currently working in California's Porn Valley.

It turns out that many of the names came from a database belonging to the Adult Industry Medical Healthcare Foundation (AIM), which conducts the majority of STD tests for the porn industry. (Working straight performers get tested at least once every 28 days.) The porn gossip blogger Mike South first reported the breach after he was contacted by a number of porn performers who said the information posted about them on Porn Wikileaks must have come from AIM's database. Their proof: They had only used the stage names that were posted on Porn Wikileaks once, when registering for testing at AIM.

One former porn performer we spoke to registered for an HIV test with AIM using a stage name he made up "off the top of my head" when he started in the industry eight years ago—and he never used it again. (He picked a new stage name when he appeared in his first adult video.) But the stage name he gave AIM recently appeared on Porn Wikileaks, linked to his real name. That stage name "was never used, it was never spoken anywhere else. It was written down one time and one time only and that was on the HIV form for AIM," he said. "Without a question [the leak] came from AIM."

Mark Spiegler, a well-known porn talent agent, said he also believed much of the information on Porn Wikileaks comes from AIM. "That's the only place you're going to find it," Spiegler said.

But why did this information start showing up on Porn Wikileaks? Members of Porn Wikileaks have made a sport of sorts out of violating porn performers' privacy, often to avenge some personal slight. Many entries in their massive porn star wiki contain not just performers' real names, but their addresses, family members' information, copies of state identification—even Google Maps pictures of their homes. So far, no test results have been posted, probably to avoid violating patient privacy laws. But the forum contains numerous mentions of posting AIM data.

It's unclear how the information was leaked to Porn Wikileaks, but access to the database is widespread in the porn industry. "Hundreds" of porn producers and directors can access the AIM database using a password and username through a web interface, said Mike South, the blogger. Said another porn insider: "Everyone who has at one point used AIM's services for a production has access to that database, and I know that people in the past have given out the passwords unscrupulously."



AIM's database is a crucial resource for porn producers and directors in Porn Valley, who use it to make sure their performers' tests are up to date. "For our industry, [AIM] is a company that keeps us as safe as we possibly can be, disease-wise," said director Lee Roy Meyers.

But news of the breach will undoubtedly shake trust in AIM, which was founded 14 years ago by former porn actress Sharon Mitchell and has frequently been battered by controversy. Just last year, LA County health officials briefly shut down the clinic after it was discovered to be running without a proper license. Also last year, two former porn actresses sued AIM over the very STD test database that has been leaked, arguing it violated California patient privacy law.

When reached for comment, an anonymous Porn Wikileaks administrator didn't confirm or deny that their information came from AIM:

We purposely encourage people to post as anonymously as possible using proxies and internet cafes when sending leaks so they can not be tracked and this leak came from a anonymous source that can not be tracked. It is possible some names came from AIM but with so many companies who knows. We would also guess that AIM's database would have a lot more names than what we got but who knows.

When we called AIM's Sherman Oaks headquarters, AIM spokeswoman Jennifer Miller was meeting with AIM's lawyers about the leak.

**Update:** AIM is investigating the leak. "I can't stress enough, we're victims of a crime," an AIM spokeswoman said.

*[Photo of porn actress Monica "Boo D. Licious" Bailey visiting AIM via Getty. Photo of AIM founder Sharon Mitchell via AP]*

**EXHIBIT J**

1   Tom Myers, SBN 176008
2   tomm@aidshealth.org
    F. Brian Chase, SBN 242542
3   brian.chase@aidshealth.org
4   6255 West Sunset Blvd., 21st Fl.
    Los Angeles, CA  90028
5   P: 323-860-5200; F: 323-467-8450

6
7   Tina Wolfson, SBN 174806
    twolfson@ahdootwolfson.com
8   Robert Ahdoot, SBN 172098
9   rahdoot@ahdootwolfson.com
    AHDOOT & WOLFSON, PC
10  10850 Wilshire Boulevard, Suite 370
11  Los Angeles, California 90024
    P: 310-474-9111; F: 310-474-8585
12
13  Attorneys for Plaintiffs, Diana Lee
14  Grandmason and Bess Garron

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17
18  DIANA LEE GRANDMASON and        )  Case No.: CV10-6629 GW (PLAx)
    BESS GARREN,                     )  CLASS ACTION
19          Plaintiffs,              )
                                     )
20       vs.                         )  DECLARATION OF TINA
    THE ADULT INDUSTRY MEDICAL      )  WOLFSON IN SUPPORT OF
21  HEALTH CARE FOUNDATION,         )  APPLICATION OF AHDOOT &
                                     )  WOLFSON, PC TO BE APPOINTED
22          Defendant.               )  CLASS CO-COUNSEL
                                     )  The Honorable George H. Wu
23                                   )  Magistrate Judge Paul Abrams
24                                   )  Date: March 21, 2011
                                     )  Time: 8:30 a.m.
25                                   )  Courtroom: 10
26                                   )
27  _____ )
28

1

DECLARATION OF TINA WOLFSON IN SUPPORT OF APPLICATION OF AHDOOT & WOLFSON, PC TO
BE APPOINTED AS CLASS CO-COUNSEL

I, Tina Wolfson, declare as follows:

1.     I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. I am a founding member of the law firm of Ahdoot & Wolfson, PC. I submit this declaration in support of my firm's appointment as Class Co- Counsel in the above-captioned case. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2.     I graduated Harvard Law School *cum laude* in 1994 and began my civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where I defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. I then gained further invaluable litigation and trial experience at the firm of Schonbrun & DeSimone, which specialized in representing plaintiffs on contingency basis in civil rights and employee rights cases.

3.     My partner Robert Ahdoot graduated from Pepperdine Law School *cum laude* in 1994 where he served as Literary Editor of the Pepperdine Law Review. Mr. Ahdoot clerked for the Honorable Paul Flynn at the California Court of Appeals, and then began his career as a civil litigator at the Los Angeles office

DECLARATION OF TINA WOLFSON IN SUPPORT OF APPLICATION OF AHDOOT & WOLFSON, PC TO BE APPOINTED AS CLASS CO-COUNSEL

of Mendes & Mount, LLP, where he defended large insurance companies, such as Lloyds of London, in complex environmental and construction-related litigation as well as a variety of other matters.

4.     In March 1998, Robert Ahdoot and I founded the firm of Ahdoot & Wolfson, PC (hereafter "AW").  AW is a top tier law firm specializing in advocating consumer and employee rights.  We vigorously litigate against large corporations to vindicate the rights of millions of consumers or employees in protracted, complex litigation, to successful results.

5.     AW has been appointed class counsel in numerous class actions, and, as founding members, Mr. Ahdoot and I have obtained extensive experience in prosecuting complex class actions and representative lawsuits.  We have served as plaintiffs' counsel/co-counsel or class counsel and litigated numerous class actions or representative actions against large corporate defendants involving varied consumer rights claims.  The following examples of such actions  have all been successfully resolved, conferring millions of dollars worth of benefits to the class or the general public and/or charity beneficiaries, as well as injunctive relief:

- *Zadeh v. Chase Manhattan Bank, et al.* (San Francisco Superior Court ("SFSC") Case No. 323715).

- *Steinhaus v. American Express Travel Related Services Co. et al.*

3

(SFSC Case No. 416248.

- *Bernard v. MBNA America Bank, et al.*  (SFSC Case No. 408700).

- *Shakib v. Discover Bank, et al.* (SFSC Case No. 416194).

- *Mirto v. AIG/Granite State Insurance Co. et al.* (Alameda County Superior Court Case Case No. HG 04180408).

- *Axen v. Ginco International, et al.* (SFSC Case No. 427033).

- *Citizens for Responsible Business v. Rite Aid Corporation, et al.* (SFSC Case No. 414831).

The first four cases in the above list were certified class actions that involved allegations of invasion of privacy by consumers of banks and credit card companies under California statutory, constitutional and common law.

6.     In prosecuting the above actions, AW litigated against some of the largest corporate defendants in the nation, represented by renowned law firms, such as Stroock & Stroock, Kirkland & Ellis, Morrison & Foerester, Bingham McCutchen, Latham & Watkins, O'Melveny & Myers, Sidley Austin, and so on. These actions were vigorously defended on every issue.

7.     AW has also prosecuted claims against the auto industry on behalf of a representative plaintiff and the general public for alleged violations of California Business & Professions Code §17200 *et seq.* (California's unfair / unlawful

4

business practice law) and the California's Safe Drinking Water & Toxic Enforcement Act of 1986 (known as "Proposition 65").  These matters, involving approximately 1600 separate auto dealerships in California, and almost every car manufacturer, resulted in the California automotive industry commencing and instituting a program of warning and educating the public regarding the hazardous effects of automobile emissions and other automobile-related exposures.  In recognition of these efforts, which included complex scientific analysis and accumulation of vast data, the California Attorney General took the unprecedented step of publishing a letter in support of the firm's and our client's efforts to combat pollution and related carcinogens emitted by automobiles.  In that letter, the Attorney General noted the "extensive compilation of information," that the "recipients of ... [the] notices ... appear[ed] to be in violation of the Act", and that a "prima facie case" could be stated.  A true and correct copy of the letter can be found posted on the Attorney General's website at http://ag.ca.gov/prop65/pdfs/GhalciMakers1.pdf.

8.      In addition, in a matter entitled *Citizens for Responsible Business v. Rite Aid Corporation, et al.* (SFSC Case No. 414831), AW prosecuted claims of false and illegal labeling in the herbal supplement industry against 107 large companies who were gleaning millions of dollars from this nationwide practice.

5

1   AW was successful in completely eradicating this practice in the United States.

2   9.     As founding members of AW, Robert Ahdoot and I have also
3
4   prosecuted actions for violations of wage and hour laws and other employee rights,
5   in the form of class actions and/or representative lawsuits on behalf of wronged
6
7   employees and/or the general public.  Among them are the following actions:

8       • *Nazlou v. Answer Financial, Inc.* (LASC Case No. BC323752).
9
10      • *Inganni v. Artists Group* (LASC Case No. BC328470).
11      • *Jones v. Morris* (LASC Case No. BC195527).
12      • *Citizens for Responsible Business v. Ming International, Inc.* (LASC
13
14          Case No. BC275555).
15      • *Gitterman v. Def Jam Records* (LASC Case No. BC 222816).
16      • *Atwood v. Richardson Inc.* (U.S. Dist. Court Case No. CV 00-01778
17
18          GHK (Mcx).
19      • *Bertoli v. Katy Castings, Inc.* (LASC Case No. BC 214324).
20
21   All of the above actions have also been successfully resolved.

22   10.     This summary firm resume establishes that AW has the required
23
24   experience and expertise in class actions and other complex litigation in general,
25   and in consumer rights class actions and complex litigation in particular.  AW is
26
27   also highly experienced in class actions involving privacy claims under California
28

6

statutory, constitutional, and common law.  Moreover, A&W has the necessary resources to prosecute this class action and is ready, willing, and able to zealously represent the putative class.

11.   In the short time since it's been retained as counsel for plaintiffs, AW has already expended significant time and effort in familiarizing itself with the issues and the history involved in this litigation, as well as in litigating the case by meeting and conferring with opposing counsel on a number of issues, strategizing with co-counsel on a plan for pre-trial discovery and preparation, and drafting discovery and discovery-related meet and confer letters, and pleadings.

I declare under the penalty of perjury on the 14th day of March, 2011, that the foregoing is true and correct.

/s/Tina Wolfson
Tina Wolfson

7

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is **10850 Wilshire Boulevard, Suite 370, Los Angeles, California 90024.**

On April 18, 2011, I served the foregoing document(s) described as:
**DECLARATION OF ROBERT AHDOOT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**
on the interested parties in this action by placing the true copy thereof enclosed in a sealed envelope addressed as follows:
**SEE ATTACHED SERVICE LIST**

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the addressees) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court    at whose direction the service was made.

Executed on April 18, 2011, at Los Angeles, California.

_____
Signature

_____
James Clark

1

## **SERVICE LIST**

2

Case No. 10-CV-6629

3

4

5

Larry C. Baron, Esq.

6

Michael S. Lavenant, Esq.

Jennifer Raphael Komsky, Esq.

7

Landegger, Baron, Lavenant & Ingber

8

15760 Ventura Blvd., Suite 1200

Encino, California 91436

9

10

AIM Medical Associates

C/o Eric Fulton, Agent for Service of Process

11

Fulton & Meyer

12

17530 Ventura Blvd Ste 201

Encino, CA 91316

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28