UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6629-GW(PLAx) | Date | October 20, 2011 |
|---|---|---|---|
| Title | *Diana Lee Grandmason, et al. v. The Adult Industry Medical Health Care Foundation* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theodor W. Maya - by telephone | None Present |

**PROCEEDINGS:**       **STATUS CONFERENCE**


Settlement negotiations continue between counsel for plaintiff and the Bankruptcy Trustee.

The Status Conference is continued to **December 12, 2011at 8:30 a.m.**, and a status report filed by noon on December 8, 2011.

|  | : | 03 |
|---|---|---|
| | Initials of Preparer | JG |