## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6629-GW(PLAx) | Date | June 18, 2012 |
|---|---|---|---|
| Title | *Diana Lee Grandmason, et al. v. The Adult Industry Medical Health Care Foundation* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Ahdoot | None Present |

**PROCEEDINGS:**   **STATUS CONFERENCE**

Court and counsel confer re Bankruptcy action. Counsel for plaintiff will confer with Bankruptcy Trustee regarding the availability of documents at issue. In the event the Trustee does not comply, the Trustee will be ordered to appear on **July 30, 2012 at 8:30 a.m.**

The status conference is continued to **July 30, 2012 at 8:30 a.m.**

:   03

Initials of Preparer   JG