1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN, | Case No.: CV10-6629 GW (PLAx) |
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| THE ADULT INDUSTRY MEDICAL HEALTH CARE FOUNDATION, AIM MEDICAL ASSOCIATES, P.C., and DOES 1-10, inclusive, | The Honorable George H. Wu |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
_____
[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE

1   The Court GRANTS the Request for Dismissal filed by Plaintiffs Diana
2   Lee Grandmason and Bess Garron.  This action is **DISMISSED WITHOUT**
3   **PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).
4
5
6   **IT IS SO ORDERED**
7
8
9   Dated:  September __, 2012               _____
10                                           GEORGE H. WU
11                                           U.S. District Judge