1

2                                                                        JS-6

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE GRANDMASON and BESS GARREN, ) | Case No.: CV10-6629 GW (PLAx) |
| ) | |
| Plaintiffs, ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. ) | |
| ) | The Honorable George H. Wu |
| THE ADULT INDUSTRY MEDICAL ) HEALTH CARE FOUNDATION, AIM) MEDICAL ASSOCIATES, P.C., and ) DOES 1-10, inclusive, ) | |
| ) | |
| Defendant. ) | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    The Court GRANTS the Request for Dismissal filed by Plaintiffs Diana

2  Lee Grandmason and Bess Garron.  This action is **DISMISSED WITHOUT**

3  **PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

4

5

6  **IT IS SO ORDERED**

7

8

9  Dated:  September 11, 2012    _____

10                                                GEORGE H. WU
                                                  U.S. District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2